**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

In re

**AVAYA, INC., et al.,**

Debtors.

--------------------------------------------------------- x

Case No. 17-10089 (SMB)

Chapter 11

Jointly Administered

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. §1102(a) and 1102(b):

1. Wistron Corporation
   21F, No. 88, Sec. 1
   Hsintai 5th Rd., Hsichih
   New Taipei City, Taiwan   22181, R.O.C.
   Attention:   Ms. Sumei Chang
   Telephone: +886266122366
   Fax: +886266122395
   Email: Sumei_Chang@wistron.com

2. Pension Benefit Guaranty Corporation
   1200 K Street, N.W.
   Washington, D.C. 20005-4026
   Attention:   Michael Strollo, Financial Analyst, Corporate Finance & Restructuring
   Telephone: (202) 326-4070 ext. 4907
   Fax: (202) 842-2643
   Email: strollo.michael@pbgc.gov

3. Communication Workers of America
   501 3rd Street, N.W.
   Washington, D.C. 20001
   Attention: Jody Calemine, General Counsel
   Telephone: (202) 434-1150
   Fax:   N/A
   Email: jcalemine@cwa-union.org

4.  Flextronics Telecom Systems, Ltd.
    Level 3, Alexander House
    35 Cybercity
    Ebene, Mauritius
    Attention: Steven Jackman, Vice President and General Counsel
    Telephone: (408) 577-2301
    Fax: N/A
    Email: steve.jackman@flextronics.com

5.  AT&T Services, Inc.
    One AT&T Way
    Room 3A115
    Bedminster, NJ 07921
    Attention: James W. Grudus, Assistant Vice President-Senior Legal Counsel
    Telephone: (908) 234-3318
    Fax: (832) 213-0157
    Email: jg5786@att.com

6.  SAE Power Inc. and SAE Power Company
    950 S. Bascom Avenue
    San Jose, CA 95128
    Attention: Colm Campbell, President
    Telephone: (408) 307-8253
    Fax: (408) 872-1483
    Email: ccampbell@saepower.com

7.  Network-1 Technologies, Inc.
    445 Park Avenue
    Suite 912
    New York, NY 10022
    Attention: Corey M. Horowitz, Chairman and CEO
    Telephone: (917) 692-0000
    Fax: N/A
    Email: Corey@Network-1.com

Dated: New York, New York
       January 31, 2017                      WILLIAM K. HARRINGTON
                                             UNITED STATES TRUSTEE


                                      By:    /s/ Susan D. Golden
                                             Susan D. Golden
                                             Trial Attorney
                                             201 Varick Street, Suite 1006
                                             New York, New York 10014
                                             Tel. No. (212) 510-0500