James H.M. Sprayregen, P.C.
Jonathan S. Henes, P.C.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AVAYA INC., *et al.*,[1] | ) Case No. 17-10089 (SMB) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Avaya Inc. (3430); Avaya CALA Inc. (9365); Avaya EMEA Ltd. (9361); Avaya Federal Solutions, Inc. (4392); Avaya Holdings Corp. (9726); Avaya Holdings LLC (6959); Avaya Holdings Two, LLC (3240); Avaya Integrated Cabinet Solutions Inc. (9449); Avaya Management Services Inc. (9358); Avaya Services Inc. (9687); Avaya World Services Inc. (9364); Octel Communications LLC (5700); Sierra Asia Pacific Inc. (9362); Sierra Communication International LLC (9828); Technology Corporation of America, Inc. (9022); Ubiquity Software Corporation (6232); VPNet Technologies, Inc. (1193); and Zang, Inc. (7229). The location of Debtor Avaya Inc.'s corporate headquarters and the Debtors' service address is: 4655 Great America Parkway, Santa Clara, CA 95054.

**SECOND AMENDED[2] AGENDA FOR HEARING TO BE
HELD APRIL 25, 2017, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   April 25, 2017, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 723
New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/avaya. Further information may be obtained by calling Prime Clerk toll free at 855-252-2156 or internationally at 917-651-0441.

## I.   Uncontested Matters Going Forward

1.   ***Removal Extension Motion.*** Debtors' Motion Seeking Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief [Docket No. 372].

    Objection Deadline:  April 18, 2017, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  None

    Replies Filed:  None

    Related Documents:

    A.   Certificate of No Objection Under 28 U.S.C. Section 1746 Regarding Debtors' Motion Seeking Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief [Docket No. 420].

    B.   Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief [Docket No. 445].

    **Status**:  On April 24, 2017, the Court entered the proposed form of order. Therefore, no hearing on this matter is necessary.

2.   ***365(d)(4) Extension Motion.*** Debtors' Motion Seeking Entry of an Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject

---

[2]   **Amended items appear in bold.**

2

Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 373].

Objection Deadline:   April 18, 2017, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None

Replies Filed:  None

Related Documents:

A. Certificate of No Objection Under 28 U.S.C. Section 1746 Regarding Debtors' Motion Seeking Entry of an Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 421].

B. Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 446].

**Status**:  On April 24, 2017, the Court entered the proposed form of order. Therefore, no hearing on this matter is necessary.

3. *Houlihan Supplemental Retention Application.*  Debtors' Supplemental Application for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Houlihan Lokey Financial Advisors, Inc. as Patent Portfolio Consultants Nunc Pro Tunc to March 2, 2017 and (II) Granting Related Relief [Docket No. 375].

Objection Deadline:   April 18, 2017, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None

Replies Filed:  None

Related Documents:

A. Certificate of No Objection Under 28 U.S.C. Section 1746 Regarding Debtors' Supplemental Application for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Houlihan Lokey Financial Advisors, Inc. as Patent Portfolio Consultants Nunc Pro Tunc to March 2, 2017 and (II) Granting Related Relief [Docket No. 422].

    B.    Order (I) Authorizing the Expanded Scope of Employment and Retention of Houlihan Lokey Financial Advisors, Inc. as Patent Portfolio Consultants <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to March 2, 2017 and (II) Granting Related Relief [Docket No. 447].

    <u>**Status**</u>:    On April 24, 2017, the Court entered the proposed form of order. Therefore, no hearing on this matter is necessary.

4.    ***Newmark Grubb Retention Application.***  Debtors' Application Seeking Entry of an Order (I) Authorizing and Approving the Employment and Retention of Newmark Grubb Knight Frank as Real Estate Consultants Effective <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to February 14, 2017, (II) Approving the Terms of the Engagement Letter, (III) Excusing Certain Time-Keeping Requirements, and (IV) Granting Related Relief [Docket No. 376].

    <u>Objection Deadline</u>:    April 18, 2017, at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:  None

    <u>Replies Filed</u>:  None

    <u>Related Documents</u>:

    A.    Certificate of No Objection Under U.S.C. Section 1746 Regarding Debtors' Application Seeking Entry of an Order (I) Authorizing and Approving the Employment and Retention of Newmark Grubb Knight Frank as Real Estate Consultants Effective <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to February 14, 2017, (II) Approving the Terms of the Engagement Letter, (III) Excusing Certain Time-Keeping Requirements, and (IV) Granting Related Relief [Docket No. 423].

    B.    Order (I) Authorizing and Approving the Employment and Retention of Newmark Grubb Knight Frank as Real Estate Consultants Effective <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to February 14, 2017, (II) Approving the Terms of the Engagement Letter, (III) Excusing Certain Time-Keeping Requirements, and (IV) Granting Related Relief [Docket No. 448].

    <u>**Status**</u>:    On April 24, 2017, the Court entered the proposed form of order. Therefore, no hearing on this matter is necessary.

5.    ***Morrison & Foerster Retention Application.***  Application for Entry of an Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Counsel to the Official Committee of Unsecured Creditors <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to January 30, 2017 [Docket No. 298].

      Objection Deadline: April 18, 2017, at 4:00 p.m. (prevailing Eastern Time).

      Responses Received: None

      Replies Filed: None

      Related Documents:

      A.    Certificate of No Objection Regarding Application for Entry of an Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to January 30, 2017 [Docket No. 430].

      B.    Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to January 30, 2017 [Docket No. 440].

      **Status**: On April 21, 2017, the Court entered the proposed form of order. Therefore, no hearing on this matter is necessary.

6.    ***Alvarez & Marsal Retention Application.*** Application of Official Committee of Unsecured Creditors to Employ and Retain Alvarez & Marsal North America, LLC as its Financial Advisor Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules and Local Rules 2014-1 and 2016-1 Nunc Pro Tunc to January 30, 2017 [Docket No. 299].

      Objection Deadline: April 18, 2017, at 4:00 p.m. (prevailing Eastern Time).

      Responses Received: None

      Replies Filed: None

      Related Documents:

      A.    Certificate of No Objection Regarding Application of Official Committee of Unsecured Creditors to Employ and Retain Alvarez & Marsal North America, LLC as its Financial Advisor Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules and Local Rules 20141 and 2016-1 Nunc Pro Tunc to January 30, 2017 [Docket No. 428].

      B.    Order Authorizing Official Committee of Unsecured Creditors to Employ and Retain Alvarez & Marsal North America, LLC as its Financial Advisor Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules

and Local Rules 20141 and 2016-1 Nunc Pro Tunc to January 30, 2017 [Docket No. 439].

**Status**: On April 21, 2017, the Court entered the proposed form of order. Therefore, no hearing on this matter is necessary.

7. *Jefferies Retention Application*. Application of the Official Committee of Unsecured Creditors of Avaya Inc., et al., for Entry of an Order Authorizing the Committee to Retain and Employ Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Nunc Pro Tunc to January 30, 2017 [Docket No. 300].

Objection Deadline: April 18, 2017, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Replies Filed: None

Related Documents:

A. Supplemental Declaration of Leon Szlezinger in Support of the Application of the Official Committee of Unsecured Creditors of Avaya Inc., et al., for Entry of an Order Authorizing the Committee to Retain and Employ Jefferies LLC as Investment Banker Pursuant To 11 U.S.C. §§ 328(a) and 1103(a), Nunc Pro Tunc to January 30, 2017 [Docket No. 417].

B. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Avaya Inc., et al., for Entry of an Order Authorizing the Committee to Retain and Employ Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Nunc Pro Tunc to January 30, 2017 [Docket No. 429].

C. **Corrected Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Avaya Inc., et al., for Entry of an Order Authorizing the Committee to Retain and Employ Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Nunc Pro Tunc to January 30, 2017 [Docket No. 458].**

**Status**: This matter is going forward for the purpose of presenting a proposed order.

KE 46603720

**II.     Contested Matters Going Forward**

      8.    *Lift Stay Motion*. Motion of Blackberry Limited and Blackberry Corporation Pursuant to 11 U.S.C. § 362(d) for Relief from the Automatic Stay [Docket No. 151].

    Objection Deadline: February 24, 2017, at 4:00 p.m. (prevailing Eastern Time), which deadline was extended to April 18, 2017, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A.    Debtors' Objection to the Motion by Blackberry Limited and Blackberry Corporation for Relief from the Automatic Stay [Docket No. 407].

    B.    Qualified Joinder of the Ad Hoc First Lien Group to the Debtors Objection to the Motion by Blackberry Limited and Blackberry Corporation for Relief from the Automatic Stay [Docket No. 408].

    C.    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the Motion by Blackberry Limited and Blackberry Corporation for Relief from the Automatic Stay [Docket No. 425].

    D.    Joinder and Reservation of Rights of the Ad Hoc Crossover Group to Debtors' Objection to Motion of Blackberry Limited and Blackberry Corporation for Relief from the Automatic Stay [Docket No. 431].

    Replies Filed:

    A.    Omnibus Reply of Blackberry Limited and Blackberry Corporation to Objection to Motion Pursuant to 11 U.S.C. § 362(d) for Relief from the Automatic Stay [Docket No. 438].

    Related Documents:

    A.    Declaration of Victoria Maroulis in Support of the Motion of Blackberry Limited and Blackberry Corporation Pursuant to 11 U.S.C. Section 362(d) for Relief from the Automatic Stay [Docket No. 152].

    B.    Notice of Adjournment of Hearing to Consider Motion of Blackberry Limited and Blackberry Corporation Pursuant to 11 U.S.C. § 362(d) for Relief from the Automatic Stay [Docket No. 167].

KE 46603720

**Status**:  This matter is going forward.

### III. Adjourned Matters

9. ***Lift Stay Motion.***  Network-1 Technologies, Inc.'s Motion for Relief from the Automatic Stay [Docket No. 204].

   Objection Deadline:  March 15, 2017, at 4:00 p.m. (prevailing Eastern Time), which deadline has been extended to May 18, 2017, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:  None

   Replies Filed:  None

   Related Documents:

   A. Declaration of Rick Lyon In Support of Network-1 Technologies, Inc.'s Motion for Relief from the Automatic Stay [Docket No. 205].

   B. Notice of Adjournment of Hearing of Network-1 Technologies, Inc.'s Motion for Relief from Automatic Stay [Docket No. 241].

   C. Notice of Adjournment of Hearing of Network-1 Technologies, Inc.'s Motion for Relief from Automatic Stay [Docket No. 397].

   **Status**:  This matter has been adjourned to May 25, 2017, at 10:00 a.m. (prevailing Eastern Time).

10. ***Exclusivity Extension Motion***.  Debtors' Motion Seeking Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 374].

    Objection Deadline:  April 18, 2017, at 4:00 p.m. (prevailing Eastern Time), which deadline has been extended to May 9, 2017, at 4:00 p.m. (prevailing Eastern Time) for certain parties in interest.

    Responses Received:  None

    Replies Filed:  None

    Related Documents:

    A. Notice of Adjournment to May 16, 2017, at 10:00 a.m. (prevailing Eastern Time) of Hearing on Debtors' Motion Seeking Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to

        Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 411].

**Status**: This matter has been adjourned to May 16, 2017, at 10:00 a.m. (prevailing Eastern Time).

Dated: April 25, 2017  
New York, New York

*/s/ Jonathan S. Henes, P.C.*
James H.M. Sprayregen, P.C.
Jonathan S. Henes, P.C.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*