# EXHIBIT A



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com
**T:** +1 (615) 523-5000

| Date: | Invoice No: |
|---|---|
| Feb 28, 2017 | 10013333 |

| Payment Terms: | Due Date: |
|---|---|
| NET 45 | Apr 29, 2017 |

| Bill To: |
|---|
| Avaya Inc
Accounts Payable
P.O. Box 800056
Marietta, GA 30068
United States of America |

| Remit to: |
|---|
| ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
**Fed Tax ID:** 81-0578975 |

**Memo:**    Avaya NALA Canada February 2017

| Customer ID: | Purchase Order No: | Invoice Currency: |
|---|---|---|
| 100164 | 4549054036 | USD |

| | | |
|---|---|---|
| **Net Amount:** | | $20,706.35 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** | | $20,706.35 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |

| Description: | Amount |
|---|---|
| Selling Services - Renewal Base Line - Billing for services provided from Feb 1, 2017 to Feb 28, 2017 for bookings of $51,229.78<br>    PO Chase | 732.59 |
| Selling Services - Renewal Base Line - Billing for services provided from Feb 1, 2017 to Feb 28, 2017 for bookings of $313,787.12<br>    End to End Baseline | 6,589.53 |
| Selling Services - Quoting Baseline - Billing for services provided from Feb 1, 2017 to Feb 28, 2017 for bookings of $4,295.32<br>    Top Account Assist | 56.70 |
| Selling Services - Quoting Baseline - Billing for services provided from Feb 1, 2017 to Feb 28, 2017 for bookings of $321,894.49<br>    Quoted Top Account Assist | 3,347.70 |
| Selling Services - Quoting Baseline - Billing for services provided from Feb 1, 2017 to Feb 28, 2017 for bookings of $959,598.60<br>    Quoted Top Account Assist Adds | 9,979.83 |

|  |  |  |
|---|---|---|
| **Net Amount:** |  | $20,706.35 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** |  | $20,706.35 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com

**T:** +1 (615) 523-5000

| Date: | Invoice No: |
|---|---|
| Apr 1, 2017 | 10013405 |

| Payment Terms: | Due Date: |
|---|---|
| NET 60 | May 31, 2017 |

| **Bill To:** |
|---|
| Avaya Inc
Accounts Payable
P.O. Box 800056
Marietta, GA 30068
United States of America |

| **Remit to:** |
|---|
| ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
**Fed Tax ID:** 81-0578975 |

**Memo:**    Avaya - Winback Services - April 2017

| Customer ID: | Purchase Order No: | Invoice Currency: |
|---|---|---|
| 100164 | 4549043670 | USD |

| Description: | Amount |
|---|---|
| Selling Services - Renewal Fixed Fee - Billing for services provided from Apr 1, 2017 to Apr 30, 2017
SOW #8 Winback Services | 9,166.67 |

| | | |
|---|---|---|
| **Net Amount:** | | $9,166.67 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** | | $9,166.67 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com
**T:** +1 (615) 523-5000

| Date: | Invoice No: |
|---|---|
| Apr 1, 2017 | 10013406 |

| Payment Terms: | Due Date: |
|---|---|
| NET 60 | May 31, 2017 |

| Bill To: |
|---|
| Avaya Inc |
| Accounts Payable |
| P.O. Box 800056 |
| Marietta, GA 30068 |
| United States of America |

| Remit to: |
|---|
| ServiceSource International, Inc. |
| 201 Fourth Ave North, Ste 300 |
| Nashville, TN 37219 |
| **Fed Tax ID:** 81-0578975 |

**Memo:**    CDW Sales Enablement

| Customer ID: | Purchase Order No: | Invoice Currency: |
|---|---|---|
| 100164 | 4549053561 | USD |

| Description: | Amount |
|---|---|
| Selling Services - Quoting Fixed Fee - Billing for services provided from Apr 1, 2017 to Apr 30, 2017 | 8,208.33 |
|     SOW #7 CDW Sales Enablement | |

| | | |
|---|---|---|
| Net Amount: | | $8,208.33 |
| Sales Tax: | 0.00% | 0.00 |
| Invoice Total: | | $8,208.33 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com
**T:** +1 (615) 523-5000

| Date: | Invoice No: |
| --- | --- |
| Apr 1, 2017 | 10013407 |

| Payment Terms: | Due Date: |
| --- | --- |
| NET 45 | May 16, 2017 |

**Bill To:**
Avaya Inc
Accounts Payable
P.O. Box 800056
Marietta, GA 30068
United States of America

**Remit to:**
ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
**Fed Tax ID:** 81-0578975

**Memo:**    Avaya -Mid-Market Services Fee - April 2017

| Customer ID: | Purchase Order No: | Invoice Currency: |
| --- | --- | --- |
| 100164 | 4549036700 | USD |

| Description: | Amount |
| --- | --- |
| Selling Services - RLM Fixed Fee - Billing for services provided from Apr 1, 2017 to Apr 30, 2017 Mid-Market Services Fee | 9,167.00 |

| | | |
| --- | --- | --- |
| **Net Amount:** | | $9,167.00 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** | | $9,167.00 |

**Remittance Details:**

| | |
| --- | --- |
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com
**T:**  +1 (615) 523-5000

| Date: | Invoice No: |
|---|---|
| Apr 11, 2017 | 10013540 |

| Payment Terms: | Due Date: |
|---|---|
| NET 45 | May 30, 2017 |

| Bill To: |
|---|
| Avaya Inc
Accounts Payable
P.O. Box 800056
Marietta, GA 30068
United States of America |

| Remit to: |
|---|
| ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
**Fed Tax ID:** 81-0578975 |

**Memo:**    Avaya US - December 2016 M+30

| Customer ID: | Purchase Order No: | Invoice Currency: |
|---|---|---|
| 100164 | 4549053561 | USD |

| Description: | Amount |
|---|---|
| Selling Services - Renewal Gain Share/Incentive - Billing for services provided from Dec 1, 2016 to Jan 31, 2017 for bookings of $14,655,504.23
End to End Performance | 159,157.10 |

| | | |
|---|---|---|
| **Net Amount:** | | $159,157.10 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** | | $159,157.10 |

## Remittance Details:

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com
**T:**  +1 (615) 523-5000

| Date: | Invoice No: |
|---|---|
| Apr 11, 2017 | 10013541 |

| Payment Terms: | Due Date: |
|---|---|
| NET 45 | May 30, 2017 |

**Bill To:**

Avaya Inc
Accounts Payable
P.O. Box 800056
Marietta, GA 30068
United States of America

**Remit to:**

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
**Fed Tax ID:** 81-0578975

**Memo:**    Avaya US - January 2017 M+30

| Customer ID: | Purchase Order No: | Invoice Currency: |
|---|---|---|
| 100164 | 4549053561 | USD |

| Description: | Amount |
|---|---|
| Selling Services - Renewal Gain Share/Incentive - Billing for services provided from Jan 1, 2017 to Feb 28, 2017 for bookings of $9,644,231.19<br>    End to End Performance | 152,477.74 |

| | | |
|---|---|---|
| **Net Amount:** | | $152,477.74 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** | | $152,477.74 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com

**T:** +1 (615) 523-5000

| Date: | Invoice No: |
|---|---|
| Apr 11, 2017 | 10013542 |

| Payment Terms: | Due Date: |
|---|---|
| NET 45 | May 30, 2017 |

**Bill To:**

Avaya Inc
Accounts Payable
P.O. Box 800056
Marietta, GA 30068
United States of America

**Remit to:**

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
**Fed Tax ID:** 81-0578975

**Memo:**    Avaya US - Q1 2017 Quarterly Gainshare

| Customer ID: | Purchase Order No: | Invoice Currency: |
|---|---|---|
| 100164 | 4549053561 | USD |

| Description: | Amount |
|---|---|
| Selling Services - Renewal Gain Share/Incentive - Billing for services provided from Oct 1, 2016 to Jan 31, 2017<br>    End to End Performance | 190,000.00 |

| | | |
|---|---|---|
| **Net Amount:** | | $190,000.00 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** | | $190,000.00 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com
**T:** +1 (615) 523-5000

| Date: | Invoice No: |
|---|---|
| Apr 17, 2017 | 10013568 |

| Payment Terms: | Due Date: |
|---|---|
| NET 45 | Jun 14, 2017 |

**Bill To:**

Avaya Inc
Accounts Payable
P.O. Box 800056
Marietta, GA 30068
United States of America

**Remit to:**

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
**Fed Tax ID:** 81-0578975

**Memo:**    Avaya NALA US March 2017

| Customer ID: | Purchase Order No: | Invoice Currency: |
|---|---|---|
| 100164 | 4549053561 | USD |

| | | |
|---|---|---|
| Net Amount: | | $576,580.26 |
| Sales Tax: | 0.00% | 0.00 |
| Invoice Total: | | $576,580.26 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |

| Description: | Amount |
|---|---|
| Selling Services - Renewal Base Line - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $9,612,211.81<br>PO Chase | 106,348.60 |
| Selling Services - Renewal Base Line - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $2,373,678.57<br>Auto Renewals | 28,484.14 |
| Selling Services - Renewal Base Line - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $16,150,576.80<br>End to End Baseline | 250,111.38 |
| Selling Services - Quoting Baseline - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $9,693,098.02<br>Quoted Top Account Assist | 149,984.91 |
| Selling Services - Quoting Baseline - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $6,877,092.66<br>Quoted Top Account Assist Adds | 41,651.23 |

| | | |
|---|---|---|
| **Net Amount:** | | $576,580.26 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** | | $576,580.26 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com
**T:** +1 (615) 523-5000

| Date: | Invoice No: |
|---|---|
| Apr 17, 2017 | 10013569 |

| Payment Terms: | Due Date: |
|---|---|
| NET 45 | Jun 14, 2017 |

**Bill To:**
Avaya Inc
Accounts Payable
P.O. Box 800056
Marietta, GA 30068
United States of America

**Remit to:**
ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
**Fed Tax ID:** 81-0578975

**Memo:**    Avaya NALA Canada March 2017

| Customer ID: | Purchase Order No: | Invoice Currency: |
|---|---|---|
| 100164 | 4549054036 | USD |

| Description: | Amount |
|---|---|
| Selling Services - Renewal Base Line - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $265,983.14<br>    PO Chase | 3,803.56 |
| Selling Services - Renewal Base Line - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $650,827.65<br>    End to End Baseline | 13,667.38 |
| Selling Services - Quoting Baseline - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $907,208.21<br>    Quoted Top Account Assist | 9,434.97 |
| Selling Services - Quoting Baseline - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $17,410.50<br>    Quoted Top Account Assist Adds | 181.07 |

|  |  |  |
|---|---|---|
| **Net Amount:** | | $27,086.98 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** | | $27,086.98 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |



# INVOICE

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
billing@servicesource.com
**T:** +1 (615) 523-5000

| Date: | Invoice No: |
|---|---|
| Apr 17, 2017 | 10013570 |

| Payment Terms: | Due Date: |
|---|---|
| NET 45 | Jun 14, 2017 |

**Bill To:**

Avaya Inc
Accounts Payable
P.O. Box 800056
Marietta, GA 30068
United States of America

**Remit to:**

ServiceSource International, Inc.
201 Fourth Ave North, Ste 300
Nashville, TN 37219
**Fed Tax ID:** 81-0578975

**Memo:**    Avaya US CAS March 2017

| Customer ID: | Purchase Order No: | Invoice Currency: |
|---|---|---|
| 100164 | 4549053561 | USD |

| Description: | Amount |
|---|---|
| Selling Services - Renewal Base Line - Billing for services provided from Mar 1, 2017 to Mar 31, 2017 for bookings of $575,104.93<br>    Closed Baseline | 13,399.94 |

| | | |
|---|---|---|
| **Net Amount:** | | $13,399.94 |
| **Sales Tax:** | 0.00% | 0.00 |
| **Invoice Total:** | | $13,399.94 |

**Remittance Details:**

| | |
|---|---|
| **Bank Name:** | JP Morgan Chase Bank NA (SW) |
| **Branch:** | |
| **Account No:** | 473864754 |
| **Routing:** | 322271627 |
| **Swift:** | CHASUS33 |
| **IBAN:** | |