# EXHIBIT A

| Customer Name | Invoice Number | Invoice Date | Due Date | Invoice Amount | Outstanding Amount |
|---|---|---|---|---|---|
| Avaya Inc. | 43598860 | 31-Oct-16 | 15-Dec-16 | $698.25 | $698.25 |
| Avaya Inc. | 43598945 | 31-Oct-16 | 15-Dec-16 | $304.00 | $304.00 |
| Avaya Inc. | 3423085 | 8-Nov-16 | 8-Dec-16 | $62,207.25 | $62,207.25 |
| Avaya Inc. | 3423087 | 8-Nov-16 | 8-Dec-16 | $29,184.75 | $29,184.75 |
| Avaya Inc. | 3423089 | 8-Nov-16 | 8-Dec-16 | $43,643.25 | $43,643.25 |
| Avaya Inc. | 43604752 | 8-Nov-16 | 23-Dec-16 | $6,312.75 | $6,312.75 |
| Avaya Inc. | 43604995 | 8-Nov-16 | 23-Dec-16 | $826.50 | $826.50 |
| Avaya Inc. | 43605219 | 8-Nov-16 | 23-Dec-16 | $185.25 | $185.25 |
| Avaya Inc. | 43605281 | 8-Nov-16 | 23-Dec-16 | $242.25 | $242.25 |
| Avaya Inc. | 43605348 | 8-Nov-16 | 23-Dec-16 | $1,154.25 | $1,154.25 |
| Avaya Inc. | 43616224 | 28-Nov-16 | 12-Jan-17 | $14.25 | $14.25 |
| Avaya Inc. | 43616302 | 28-Nov-16 | 12-Jan-17 | $14.25 | $14.25 |
| Avaya Inc. | 43616316 | 28-Nov-16 | 12-Jan-17 | $14.25 | $14.25 |
| Avaya Inc. | 43616333 | 28-Nov-16 | 12-Jan-17 | $42.75 | $42.75 |
| Avaya Inc. | 3429421 | 29-Nov-16 | 29-Dec-16 | $42,569.07 | $42,569.07 |
| Avaya Inc. | 43616546 | 29-Nov-16 | 13-Jan-17 | $10,095.85 | $10,095.85 |
| Avaya Inc. | 43622615 | 29-Nov-16 | 13-Jan-17 | $57.00 | $57.00 |
| Avaya Inc. | 43622622 | 29-Nov-16 | 13-Jan-17 | $11,277.76 | $11,277.76 |
| Avaya Inc. | 43611370 | 2-Dec-16 | 16-Jan-17 | $23,509.10 | $23,509.10 |
| Avaya Inc. | 43611432 | 2-Dec-16 | 16-Jan-17 | $1,084.89 | $1,084.89 |
| Avaya Inc. | 3433118 | 13-Dec-16 | 27-Jan-17 | $234,920.72 | $234,920.72 |
| Avaya Inc. | 8032183 | 15-Dec-16 | 14-Jan-17 | $5,937.75 | $5,937.75 |
| Avaya Inc. | 43627925 | 15-Dec-16 | 29-Jan-17 | $1,034.28 | $1,034.28 |
| Avaya Inc. | 3434393 | 19-Dec-16 | 2-Feb-17 | $732.00 | $732.00 |
| Avaya Inc. | 43638816 | 21-Dec-16 | 4-Feb-17 | $4,194.72 | $4,194.72 |
| Avaya Inc. | 43638850 | 21-Dec-16 | 4-Feb-17 | $630.65 | $630.65 |
| Avaya Inc. | 43638870 | 21-Dec-16 | 4-Feb-17 | $5,158.80 | $5,158.80 |
| Avaya Inc. | 43641990 | 23-Dec-16 | 6-Feb-17 | $71,000.00 | $71,000.00 |
| Avaya Inc. | 43641997 | 23-Dec-16 | 6-Feb-17 | $15,815.00 | $2,040.65 |
| Avaya Inc. | 43644941 | 28-Dec-16 | 11-Feb-17 | $5,946.24 | $4,219.91 |
| Avaya Inc. | 3437070 | 29-Dec-16 | 12-Feb-17 | $119,996.72 | $119,996.72 |
| Avaya Inc. | 8032603 | 29-Dec-16 | 12-Feb-17 | $4,884.25 | $4,884.25 |
| Avaya Inc. | 43651192 | 29-Dec-16 | 12-Feb-17 | $1,521.45 | $1,521.45 |
| Avaya Inc. | 43651206 | 29-Dec-16 | 12-Feb-17 | $3,182.02 | $3,182.02 |
| Avaya Inc. | 43664685 | 9-Jan-17 | 23-Feb-17 | $5,380.38 | $5,380.38 |
| Avaya Inc. | 43664974 | 9-Jan-17 | 23-Feb-17 | $16,386.02 | $16,386.02 |
| Avaya Inc. | 43664987 | 9-Jan-17 | 23-Feb-17 | $1,865.82 | $1,865.82 |
| Avaya Inc. | 43662602 | 10-Jan-17 | 24-Feb-17 | $3,895.06 | $3,895.06 |
| Avaya Inc | 43671636 | 11-Jan-17 | 12-Mar-17 | $237.32 | $237.32 |
| Avaya Inc. | 43677328 | 17-Jan-17 | 3-Mar-17 | $13,172.31 | $13,172.31 |
| Avaya Inc. | 43677331 | 17-Jan-17 | 3-Mar-17 | $127,028.15 | $127,028.15 |
| Avaya Inc. | 43677332 | 17-Jan-17 | 3-Mar-17 | $767.49 | $767.49 |
| Avaya Inc. | 43677335 | 17-Jan-17 | 3-Mar-17 | $2,308.83 | $2,308.83 |
| Avaya Inc. | 43677346 | 17-Jan-17 | 3-Mar-17 | $6,093.58 | $6,093.58 |
| Avaya Inc. | 43677361 | 17-Jan-17 | 3-Mar-17 | $2,876.58 | $81.16 |
| Avaya Inc. | 43677366 | 17-Jan-17 | 3-Mar-17 | $14,095.19 | $14,095.19 |
| Avaya Inc. | 43677380 | 17-Jan-17 | 3-Mar-17 | $1,879.99 | $69.77 |
| Avaya Inc. | 43677386 | 17-Jan-17 | 3-Mar-17 | $3,103.97 | $3,103.97 |
| Avaya Inc. | 43677404 | 17-Jan-17 | 3-Mar-17 | $5,093.07 | $5,093.07 |
| Avaya Inc. | 43677518 | 18-Jan-17 | 4-Mar-17 | $136,511.03 | $16,611.51 |
| Avaya Inc. | 43677583 | 18-Jan-17 | 4-Mar-17 | $4,051.67 | $3,464.65 |
| Avaya Inc. | 43682823 | 23-Jan-17 | 9-Mar-17 | $71,000.00 | $71,000.00 |
| Avaya Inc. | 43692660 | 29-Jan-17 | 15-Mar-17 | $1,472.37 | $1,472.37 |
| Avaya Inc. | 3446777 | 31-Jan-17 | 2-Mar-17 | $60,511.50 | $60,511.50 |

| Customer Name | Invoice Number | Invoice Date | Due Date | Invoice Amount | Outstanding Amount |
|---|---|---|---|---|---|
| Avaya Inc. | 3446778 | 31-Jan-17 | 2-Mar-17 | $53,728.50 | $53,728.50 |
| Avaya Inc. | 3446779 | 31-Jan-17 | 2-Mar-17 | $5,265.75 | $5,265.75 |
| Avaya Inc. | 8034176 | 6-Feb-17 | 23-Mar-17 | $4,884.25 | $4,884.25 |
| Avaya Inc. | 6532693 | 7-Feb-17 | 9-Mar-17 | $12,729.60 | $12,729.60 |
| Avaya, Inc. | 6533266 | 14-Feb-17 | 16-Mar-17 | $5,740.80 | $5,740.80 |
| Avaya Inc. | 8035492 | 14-Feb-17 | 16-Mar-17 | $1,979.25 | $1,979.25 |
| Avaya Inc. | 8035507 | 14-Feb-17 | 16-Mar-17 | $1,979.25 | $1,979.25 |
| Avaya Inc. | 8035508 | 14-Feb-17 | 16-Mar-17 | $1,979.25 | $1,979.25 |
| Avaya Inc. | 8035521 | 14-Feb-17 | 16-Mar-17 | $1,979.25 | $1,979.25 |
| Avaya Inc. | 8035534 | 14-Feb-17 | 16-Mar-17 | $1,979.25 | $1,979.25 |
| Avaya Inc. | 8035547 | 14-Feb-17 | 16-Mar-17 | $1,979.25 | $1,979.25 |
| Avaya Inc. | 8035564 | 14-Feb-17 | 16-Mar-17 | $1,979.25 | $1,979.25 |
| Avaya Inc. | 8035566 | 14-Feb-17 | 16-Mar-17 | $1,979.25 | $1,979.25 |
| Avaya Inc. | 8035728 | 16-Feb-17 | 18-Mar-17 | $7,917.00 | $7,917.00 |
| Avaya, Inc. | 43708184 | 16-Feb-17 | 2-Apr-17 | $24,524.50 | $24,524.50 |
| Avaya, Inc. | 8035725 | 16-Feb-17 | 2-Apr-17 | $302,540.20 | $283,808.82 |
| Avaya Inc. | 43708590 | 17-Feb-17 | 19-Mar-17 | $22,975.32 | $22,975.32 |
| Avaya Inc. | 43717680 | 23-Feb-17 | 25-Mar-17 | $82,614.87 | $82,614.87 |
| Avaya Inc. | 43717283 | 23-Feb-17 | 9-Apr-17 | $71,000.00 | $71,000.00 |
| Avaya Inc. | 43717329 | 23-Feb-17 | 9-Apr-17 | $15,815.00 | $13,774.35 |
| Avaya Inc. | 43717589 | 23-Feb-17 | 9-Apr-17 | $7,581.54 | $6,255.84 |
| Avaya Inc. | 43717612 | 23-Feb-17 | 9-Apr-17 | $4,995.36 | $4,138.92 |
| Avaya Inc. | 43717618 | 23-Feb-17 | 9-Apr-17 | $25,431.25 | $12,046.38 |
| Avaya Inc. | 43717650 | 23-Feb-17 | 9-Apr-17 | $5,420.86 | $4,646.33 |
| Avaya Inc. | 43717658 | 23-Feb-17 | 9-Apr-17 | $4,811.89 | $4,678.10 |
| Avaya Inc. | 43717685 | 23-Feb-17 | 9-Apr-17 | $747.43 | $177.30 |
| Avaya Inc. | 43717699 | 23-Feb-17 | 9-Apr-17 | $7,619.67 | $4,866.84 |
| Avaya Inc. | 43717701 | 23-Feb-17 | 9-Apr-17 | $2,420.92 | $1,161.78 |
| Avaya Inc. | 43717713 | 23-Feb-17 | 9-Apr-17 | $1,554.64 | $1,080.68 |
| Avaya Inc. | 43717717 | 23-Feb-17 | 9-Apr-17 | $14,779.15 | $2,989.04 |
| Avaya Inc. | 43717718 | 23-Feb-17 | 9-Apr-17 | $10,482.62 | $8,472.38 |
| Avaya Inc. | 43717719 | 23-Feb-17 | 9-Apr-17 | $2,320.84 | $2,252.33 |
| Avaya Inc. | 43717720 | 23-Feb-17 | 9-Apr-17 | $3,371.98 | $2,044.94 |
| Avaya Inc. | 43717722 | 23-Feb-17 | 9-Apr-17 | $332.49 | $317.46 |
| Avaya Inc. | 43717729 | 23-Feb-17 | 9-Apr-17 | $3,273.65 | $2,863.80 |
| Avaya Inc. | 43717730 | 23-Feb-17 | 9-Apr-17 | $10,969.92 | $10,795.07 |
| Avaya Inc. | 43717754 | 23-Feb-17 | 9-Apr-17 | $51,545.47 | $10,424.93 |
| Avaya Inc. | 43717761 | 23-Feb-17 | 9-Apr-17 | $7,190.49 | $1,454.26 |
| Avaya Inc. | 43717770 | 23-Feb-17 | 9-Apr-17 | $11,774.08 | $9,795.09 |
| Avaya Inc. | 43717758 | 23-Feb-17 | 9-Apr-17 | $8,073.10 | $8,073.10 |
| Avaya Inc. | 43718321 | 25-Feb-17 | 11-Apr-17 | $9,771.33 | $1,976.22 |
| Avaya Inc. | 43719810 | 28-Feb-17 | 14-Apr-17 | $1,570.53 | $1,570.53 |
| Avaya Inc. | 43719628 | 28-Feb-17 | 14-Apr-17 | $3,182.02 | $3,182.02 |
| Avaya Inc. | 43719859 | 28-Feb-17 | 14-Apr-17 | $5,946.24 | $5,946.24 |
| Avaya Inc. | 8036260 | 28-Feb-17 | 14-Apr-17 | $4,884.25 | $4,884.25 |
| Avaya Inc. | 8037375 | 15-Mar-17 | 14-Apr-17 | $7,917.00 | $7,917.00 |
| Avaya Inc. | 43746153 | 22-Mar-17 | 6-May-17 | $63,283.10 | $63,283.10 |
| Avaya Inc. | 43746160 | 22-Mar-17 | 6-May-17 | $1,660.38 | $1,660.38 |
| Avaya Inc. | 43746182 | 22-Mar-17 | 6-May-17 | $11,765.23 | $11,765.23 |
| Avaya Inc. | 43746183 | 22-Mar-17 | 6-May-17 | $3,076.61 | $3,076.61 |
| Avaya Inc. | 43746231 | 22-Mar-17 | 6-May-17 | $251.17 | $251.17 |
| Avaya Inc. | 43746236 | 22-Mar-17 | 6-May-17 | $7,539.99 | $7,539.99 |
| Avaya Inc. | 43746240 | 22-Mar-17 | 6-May-17 | $5,605.65 | $5,605.65 |
| Avaya Inc. | 43746244 | 22-Mar-17 | 6-May-17 | $90,261.52 | $90,261.52 |
| Avaya Inc. | 43746256 | 22-Mar-17 | 6-May-17 | $5,886.80 | $5,886.80 |

| Customer Name | Invoice Number | Invoice Date | Due Date | Invoice Amount | Outstanding Amount |
|---|---|---|---|---|---|
| Avaya Inc. | 43746276 | 22-Mar-17 | 6-May-17 | $1,456.48 | $1,456.48 |
| Avaya Inc. | 43746285 | 22-Mar-17 | 6-May-17 | $403.04 | $403.04 |
| Avaya Inc. | 43746306 | 22-Mar-17 | 6-May-17 | $1,453.56 | $1,453.56 |
| Avaya Inc. | 43746313 | 22-Mar-17 | 6-May-17 | $207.11 | $207.11 |
| Avaya Inc. | 43746318 | 22-Mar-17 | 6-May-17 | $1,376.30 | $1,376.30 |
| Avaya Inc. | 43746247 | 22-Mar-17 | 6-May-17 | $58,471.55 | $58,471.55 |
| Avaya Inc. | 43746320 | 22-Mar-17 | 6-May-17 | $65,604.91 | $65,604.91 |
| Avaya Inc. | 43750941 | 23-Mar-17 | 7-May-17 | $71,000.00 | $71,000.00 |
| Avaya Inc. | 43750835 | 23-Mar-17 | 7-May-17 | $15,815.00 | $15,815.00 |
| Avaya Inc. | 43760695 | 28-Mar-17 | 12-May-17 | $5,946.24 | $5,946.24 |
| Avaya Inc. | 8037770 | 29-Mar-17 | 13-May-17 | $4,884.25 | $4,884.25 |
| Avaya Inc. | 43763370 | 29-Mar-17 | 13-May-17 | $1,521.45 | $1,521.45 |
| Avaya Inc. | 43763360 | 29-Mar-17 | 13-May-17 | $3,182.02 | $3,182.02 |
| Avaya, Inc. | 8040184 | 10-Apr-17 | 25-May-17 | $709.19 | $709.19 |
| Avaya Inc | 43781099 | 11-Apr-17 | 10-Jun-17 | $237.30 | $237.30 |

$2,195,937.18

| Customer Name | Reference | | | Invoice Amount | Outstanding Amount |
|---|---|---|---|---|---|
| ORACLE CREDIT CORPORATION | OCC81186B | | | $617,116.00 | $617,116.00 |
| ORACLE CREDIT CORPORATION | OR649671702 | | | $500,000.00 | $500,000.00 |
| ORACLE CREDIT CORPORATION | OR649671702 | | | $500,000.38 | $500,000.38 |

$1,617,116.38

**Total Administrative**    **$3,813,053.56**