James H.M. Sprayregen, P.C.
Jonathan S. Henes, P.C.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AVAYA INC., *et al.*,[1] | ) Case No. 17-10089 (SMB) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Avaya Inc. (3430); Avaya CALA Inc. (9365); Avaya EMEA Ltd. (9361); Avaya Federal Solutions, Inc. (4392); Avaya Holdings Corp. (9726); Avaya Holdings LLC (6959); Avaya Holdings Two, LLC (3240); Avaya Integrated Cabinet Solutions Inc. (9449); Avaya Management Services Inc. (9358); Avaya Services Inc. (9687); Avaya World Services Inc. (9364); Octel Communications LLC (5700); Sierra Asia Pacific Inc. (9362); Sierra Communication International LLC (9282); Technology Corporation of America, Inc. (9022); Ubiquity Software Corporation (6232); VPNet Technologies, Inc. (1193); and Zang, Inc. (7229). The location of Debtor Avaya Inc.'s corporate headquarters and the Debtors' service address is: 4655 Great America Parkway, Santa Clara, CA 95054.

1

**NOTICE OF CANCELLATION OF AUCTION FOR THE SALE OF THE DEBTORS'
NETWORKING BUSINESS**

**PLEASE TAKE NOTICE** on March 7, 2017, Avaya Inc. executed an Asset Purchase Agreement (the "Stalking Horse APA") with Extreme Networks, Inc. for the sale of the Debtors' networking business pursuant to section 363 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

**PLEASE TAKE FURTHER NOTICE** that on March 8, 2017, Avaya Inc. and its affiliated debtors in the above captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of the Debtors' Networking Business, (B) Approving the Form and Manner of Notice, (C) Scheduling an Auction and a Sale Hearing, (D) Approving Procedures for Determining Cure Amounts, and (E) Extending the Deadline to Assume or Reject the Billerica Lease, and (II) an Order Authorizing and Approving the Sale of the Debtors' Networking Business* [Docket No. 223] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Stalking Horse APA is attached as **Exhibit B** to the Motion.

**PLEASE TAKE FURTHER NOTICE** that on April 5, 2017, the Court entered the *Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of the Debtors' Networking Business, (B) Approving the Stalking Horse Asset Purchase Agreement, (C) Approving the Form and Manner of Notice, (D) Scheduling an Auction and A Sale Hearing, (E) Approving Procedures for Determining Cure Amounts, and (F) Extending the Assumption/Rejection Deadline for the Billerica Lease* [Docket No. 356] (the "Bidding Procedures Order").

2

**PLEASE TAKE FURTHER NOTICE** that on April 5, 2017, the Debtors filed the *Notice of Filing of Amendment No. 1 to the Stalking Horse Asset Purchase Agreement for the Sale of the Debtors' Networking Business* [Docket No. 357].

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids by the Bid Deadline of May 18, 2017 at 4:00 p.m. (prevailing Eastern Time).[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Debtors will not hold an auction for the sale of the Networking Business, and the Debtors will seek approval of the Stalking Horse APA at the Sale Hearing (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "Sale Hearing") to consider the Motion and approval of the *Order (I) Approving the Sale of the Debtors' Networking Business Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (II) Authorizing the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (III) Assume and Assign Certain Executory Contracts and Unexpired Leases* will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723, One Bowling Green, New York, New York on **May 25, 2017 at 10:00 a.m.** (prevailing Eastern Time).

---

[2] Capitalized terms used but not defined in this paragraph shall have the meanings set forth in the Bidding Procedures Order.

3

| | |
|---|---|
| Dated: May 19, 2017<br>New York, New York | */s/ Jonathan S. Henes, P.C.*<br>James H.M. Sprayregen, P.C.<br>Jonathan S. Henes, P.C.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Bradley Thomas Giordano (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |