# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

*In re Avaya Inc., et al.,*                                      Case Number: 17-10089

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**VonWin Capital Management, L.P.**
Name of Transferee

Name and Address where notices to transferee should be sent:

**261 Fifth Avenue, 22nd Floor**
**New York, NY 10016**

Phone: **(212) 889-1601**
Last Four Digits of Acct #: __N/A__

**Fish & Richardson, P.C.**
Name of Transferor

Scheduled Claim #:    **514769**
Scheduled Amount:    **$123,696.04**
Proof of Claim #:    **1505, 265**
POC Amount:    **$169,907.85**
Debtor: **N/A**

Phone: **612-204-4648**
Last Four Digits of Acct #: __N/A__

Name and Address where transferee Payments should be sent (if different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                              Date: **6/1/17**
    Transferee/Transferee's Agent