# EXHIBIT B



## Account Statement

| | |
|---|---|
| Page | Page 1 of 1 |
| Date | 11/20/2017 |

Avaya
4655 Great America Parkway
Santa Clara, CA 95054
USA

| | |
|---|---|
| Customer account | 100135 |
| Customer name | Avaya |
| Payment Terms | Net 30 Days |
| As of date | 11/20/2017 |
| Account executive | Rene' Jansen |
| Account executive inquiries | (510) 259-3641 |
| General billing inquiries | (773) 920-1500 |

| Date | Invoice * | Description | Due | Currency | Amount |
|---|---|---|---|---|---|
| 01/05/2017 | 230037 | Orig 193340-230037-56933 | 02/04/2017 | USD | 4,572.43 |
| 01/09/2017 | 230094 | Orig 193404-230094-56933 | 02/08/2017 | USD | 8,062.36 |
| 01/31/2017 | 232767 | Orig 061496-232767-56933 | 03/02/2017 | USD | 1,240.29 |
| 02/15/2017 | 231610 | Orig 194001-231610-56933 | 03/17/2017 | USD | 7,213.40** |
| 07/01/2017 | 240809 | Orig 064556-240809-56933 | 07/31/2017 | USD | 2,225.06 |
| 09/13/2017 | 000084 | 103674.000 - maco tech expo | 10/13/2017 | USD | 417.48 |
| 09/13/2017 | 000086 | 103608.000 - Alorica Conf. #26 | 10/13/2017 | USD | 608.70 |
| 09/24/2017 | 000209 | 108128.000 - COVITS | 10/24/2017 | USD | 276.79 |
| 10/10/2017 | 000551 | 103270.000 - 3 bannerstands for Darryl | 11/09/2017 | USD | 1,581.59 |
| 10/19/2017 | 000748 | 109567 - Avaya Dreamforce 2017 Main Project | 11/18/2017 | USD | 10,599.88 |
| 11/19/2017 | 001756 | 108464 - AVAYA - Austin Contact Center Alliance 2017 Main Pr | 12/19/2017 | USD | 644.68 |
| 11/19/2017 | 001757 | 108795 - Avaya - MES Fall 2017 Main Project | 12/19/2017 | USD | 251.14 |
| 11/19/2017 | 001758 | 109230 - Avaya - IHG Americas Conference 2017 Main Project | 12/19/2017 | USD | 269.04 |
| | | **Statement Balance** | | **USD** | **37,962.84** |

| Currency | Current | 30 | 60 | 90 | 91+ | Balance 11/20/2017 |
|---|---|---|---|---|---|---|
| USD | 1,164.86 | 12,458.26 | 1,026.18 | 0.00 | 23,313.54 | 37,962.84 |

\* Invoice #s 230037, 230094, 232767 and 231610 are attached to Czarnowski Display Service, Inc.'s Proof of Claim (see attached) and all others are attached to this Account Statement.

\*\*Original balance for Invoice 231610 $39,772.02

# Czarnowski

*We love what we do.*

Remit to: Czarnowski Display Service Inc
6067 Eagle Way
Chicago, IL 60678-1060

**Invoice Number :** **240809**

| | |
|---|---|
| Invoice Date : | 07/01/2017 |
| Customer : | 56933 |
| | Avaya |
| Terms : | Due Net 30 |
| Page: | 1 of 1 |

**Bill To :**

Chuck Richmond
Avaya
4655 Great America Parkway
Santa Clara, CA 95054

For billing inquiries -(773) 247-1500

FEIN # 36-2695389

*Please include invoice number on check*

### Semi-Annual Storage of Exhibit Materials: 07/01/2017 - 09/30/2017

| Description / Location | Period | Rate | Total |
|---|---|---|---|
| 56933 - Exhibit Materials : 17,046/cf<br>Denver Main Warehouse:  9700 E. 56th Avenue  Denver, CO 80238 | 1 | 6,170.88 | 6,170.88 |
| 56933 - Exhibit Materials : 276/cf Gvmnt Solutions<br>Denver Main Warehouse:  9700 E. 56th Avenue  Denver, CO 80238 | 1 | 99.50 | 99.50 |

**Invoice Total:**   6,270.38

**TO OUR STORAGE CUSTOMERS**

We wish to remind you that in no event shall the liability of Czarnowski Display Service, Inc. (the "Company") for loss or damage to the goods stored on our Company's premises exceed the lesser of the amount of storage fees paid by the Customer during the preceding 12 months period or $10,000. Except as provided above, the Company shall not be liable for any loss or damages of any kind, whether direct, incidental or consequential, including, without limitation, any damages for loss of use or loss of profit, regardless of whether the Company and/or others may be wholly, concurrently, partially, jointly or solely negligent or otherwise at fault. It is recommended that you consult your insurance carrier to obtain insurance coverage for your assets stored on our premises, in the event of loss or damage to your property stored at the Company's premises would exceed the Company's liability.

090111



Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060
USA

Electronic Payment Information
Routing                071000013
Account                4263413

Avaya
4655 Great America Parkway
Santa Clara, CA 95054
USA

Delivered to 10102 Cudby Court
Lanham, MD 20706
USA

| | |
|---|---|
| Phone | 510-732-0880 |

## Invoice

| | |
|---|---|
| Page | 1 of 1 |
| Invoice number | 000084 |
| Invoice date | 9/13/2017 |
| Project contract | 100135 |
| Customer account | 100135 |
| Payment terms | N30 |
| Invoice currency | USD |
| Discount Terms | |
| Exhibitor | Avaya |
| Facility | |
| Show | Shipping Only2017-DEN - SL jobs only |
| Show City, St | Denver, CO |
| Show dates | 8/15/2017 8/15/2017 |

| | |
|---|---|
| Project name | maco tech expo |
| Project ID | 103674.000 |

| Change order | Item | Description | Amount |
|---|---|---|---|
| | Account Services | Project Management and Pre Show shop | 279.00 |
| | Account Services | Expidited Order/Rush Fee | 100.00 |
| | Handling | | 36.30 |
| | | | **415.30** |
| | | | **415.30** |
| | | | **415.30** |

| Sales subtotal amount | Net amount | Sales tax | Total |
|---|---|---|---|
| 415.30 | 415.30 | 2.18 | 417.48 |



Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060
USA

**Electronic Payment Information**
Routing                 071000013
Account                 4263413

Avaya
2101 4th Avenue#1250
Seattle, WA 98121
USA

Phone                              510-732-0880

## Invoice

| | |
|---|---|
| Page | 1 of 1 |
| Invoice number | 000086 |
| Invoice date | 9/13/2017 |
| Project contract | 100135 |
| Customer account | 100135 |
| Payment terms | N30 |
| Invoice currency | USD |
| Discount Terms | |
| Exhibitor | Avaya |
| Facility | |
| Show | Shipping Only2017-DEN - SL jDbreoanrlyCO |
| Show City, St | Denver, CO |
| Show dates | 7/24/2017 7/27/2017 |

Delivered to 3799 S. Las Vegas Blvd
Las Vegas, NV 89109
USA

Project name    Alorica Conf. #26
Project ID      103608.000

| Change order | Item | Description | Amount |
|---|---|---|---|
| | Account Services | Project Management/Pre Show Shop | 429.00 |
| | Handling | | 166.00 |
| | | | 595.00 |
| | | | 595.00 |
| | | | 595.00 |

| Sales subtotal amount | Net amount | Sales tax | Total |
|---|---|---|---|
| 595.00 | 595.00 | 13.70 | 608.70 |



Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060
USA

**Electronic Payment Information**
Routing                 071000013
Account                 4263413

Avaya
2101 4th Avenue #1250
Seattle, WA 98121
USA

Delivered to 403 N. 3rd St
Richmond, VA 23219
USA

| | |
|---|---|
| Phone | 510-732-0880 |

**Invoice**

| | |
|---|---|
| Page | 1 of 2 |
| Invoice number | 000209 |
| Invoice date | 9/24/2017 |
| Project contract | 100135 |
| Customer account | 100135 |
| Payment terms | N30 |
| Invoice currency | USD |
| Discount Terms | |
| Exhibitor | Avaya |
| Facility | |
| Show | Shipping Only2017-DEN - SL jobs only |
| Show City, St | Denver,CO |
| Show dates | 9/6/2017 9/7/2017 |

Project name    COVITS
Project ID      108128.000

| Change order | Item | Description | Amount |
|---|---|---|---|
| | Account Services | Process standard orders | 64.00 |
| | Warehouse | Pull and ship properties, return to storage upon return | 64.00 |
| | Account Services | Expadite Order/Rush fee | 100.00 |
| | Warehouse | handling of properties outbound/inbound | 43.12 |
| | | | **271.12** |
| | | | **271.12** |
| | | | **271.12** |



Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060
USA

Electronic Payment Information
Routing                071000013
Account                4263413
Avaya
2101 4th Avenue #1250
Seattle, WA 98121
USA

Delivered to 403 N. 3rd St
Richmond, VA 23219
USA

| | |
|---|---|
| Phone | 510-732-0880 |

## Invoice

| | |
|---|---|
| Page | 2 of 2 |
| Invoice number | 000209 |
| Invoice date | 9/24/2017 |
| Project contract | 100135 |
| Customer account | 100135 |
| Payment terms | N30 |
| Invoice currency | USD |
| Discount Terms | |
| Exhibitor | Avaya |
| Facility | |
| Show | Shipping Only2017-DEN - SL jobs only |
| Show City, St | Denver,CO |
| Show dates | 9/6/2017 9/7/2017 |

| Sales subtotal amount | Net amount | Sales tax | Total |
|---|---|---|---|
| 271.12 | 271.12 | 5.67 | 276.79 |

# Czarnowski
*we love what we do.*

**INVOICE**

**Remit To:** Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060
USA

**Avaya**
4655 Great America Parkway
Santa Clara, CA 95054
USA

**Delivered to**
9700 E 56th Ave
Denver, CO 80238
USA

| | | | |
|---|---|---|---|
| Phone: | 510-732-0880 | | |
| CzarPay: | HTTPS://CZARPAY.CZARNOWSKI.COM | | |
| **Invoice #** | 000551 | **Project ID** | 103270.000 |
| **Customer #** | 100135 | **Invoice Date** | 10/10/2017 |
| **Exhibitor** | Avaya | **PO #** | |
| **Show** | Graphic Only 2017 - SL jobs only-DEN | **Terms** | Net 30 Day |
| | | **Page** | 1 of 1 |
| **Project** | 3 bannerstands for Darryl | **Invoice Total** | $1,581.59 |

| Item/Service | Description | Amount |
|---|---|---|
| | Production of 6 new banner stands | 1,320.00 |
| Warehouse | Labor to pull banner stands, replace graphics | 159.00 |
| Handling | Labor to load/unload properties on truck | 45.15 |

| | |
|---|---|
| Subtotal | $1,524.15 |
| Sales Tax | $57.44 |
| Deposit | $0.00 |
| **Total Due** | **$1,581.59** |



| | | Phone | 510-732-0880 |
|---|---|---|---|

## Invoice

Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060
USA

| | |
|---|---|
| Page | 1 of 1 |
| Invoice number | 000748 |
| Invoice date | 10/19/2017 |
| Project contract | 100135 |
| Customer account | 100135 |

Electronic Payment Information

| | |
|---|---|
| Routing | 071000013 |
| Account | 4263413 |

| | |
|---|---|
| Payment terms | N30 |
| Invoice currency | USD |
| Discount Terms | |
| Exhibitor | Avaya |
| Facility | |
| Show | DreamForce |

Avaya
4655 Great America Parkway
Santa Clara, CA 95054
USA

| | |
|---|---|
| Show City, St | San Francisco,CA |
| Show dates | 11/6/2017 11/9/2017 |

Delivered to 747 Howard St
San Francisco, CA 94103
USA

| | |
|---|---|
| Project name | Avaya Dreamforce 2017 |
| Project ID | 109567.002 |

| Change order | Item | Description | Amount |
|---|---|---|---|
| | Customer Deposit | 50% Deposit for Dreamforce | 10,599.88 |
| | | | **10,599.88** |
| | | | **10,599.88** |
| | | | **10,599.88** |

| Sales subtotal amount | Net amount | Sales tax | Total |
|---|---|---|---|
| 10,599.88 | 10,599.88 | 0.00 | 10,599.88 |

# INVOICE

**Czarnowski**
*we love what we do.*

**Remit To:** Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060
USA

**Avaya**

4655 Great America Parkway
Santa Clara, CA 95054
USA

| | | | |
|---|---|---|---|
| Phone: | 510-732-0880 | | |
| CzarPay: | HTTPS://CZARPAY.CZARNOWSKI.COM | | |
| **Invoice #** | 001756 | **Project ID** | 108464.002 |
| **Customer #** | 100135 | **Invoice Date** | 11/19/2017 |
| **Exhibitor** | Avaya | **PO #** | |
| **Show** | Portables | **Terms** | Net 30 Day |
| **Project** | AVAYA - Austin Contact Center Alliance 2017 | **Page** | 1 of 1 |
| | | **Invoice Total** | $644.68 |

**Delivered to**

10100 Burnet Rd
Austin, TX 78758
USA

**Additional comments:**

Attention: Robbi Virdi

| Item/Service | Description | Amount |
|---|---|---|
| Account Services | Project Management & Pre/Show/Shop-Process/Pull Order | 557.00 |
| Handling | Provide all Labor to Load/Unload Properties onto Truck | 81.00 |

| | |
|---|---|
| Subtotal | $638.00 |
| Sales Tax | $6.68 |
| Deposit | $0.00 |
| **Total Due** | **$644.68** |

# Czarnowski
*we love what we do.*

**INVOICE**

**Remit To:**

**Czarnowski Display Service, Inc.**
6067 Eagle Way
Chicago, IL 60678-1060
USA

**Avaya**

4655 Great America Parkway
Santa Clara, CA 95054
USA

| | | |
|---|---|---|
| **Phone:** | 510-732-0880 | |
| **CzarPay:** | HTTPS://CZARPAY.CZARNOWSKI.COM | |

| | | | | |
|---|---|---|---|---|
| **Invoice #** | 001757 | | **Project ID** | 108795.002 |
| **Customer #** | 100135 | | **Invoice Date** | 11/19/2017 |
| **Exhibitor** | Avaya | | **PO #** | |
| **Show** | Portables | | **Terms** | Net 30 Day |
| **Project** | Avaya - MES Fall 2017 | | **Page** | 1 of 1 |
| | | | **Invoice Total** | $251.14 |

**Delivered to**

23808 Resort Parkway
San Antonio, TX 78261
USA

**Additional comments:**

Attention: Robbi Virdi

| Item/Service | Description | Amount |
|---|---|---|
| Account Services | Project Management & Pre/Show/Shop-Process/Pull Order | 236.22 |
| Handling | Provide all Labor to Load/Unload Properties onto Truck | 13.78 |

| | |
|---|---|
| Subtotal | $250.00 |
| Sales Tax | $1.14 |
| Deposit | $0.00 |
| **Total Due** | **$251.14** |

# Czarnowski
*we love what we do.*

**INVOICE**

**Remit To:** Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060
USA

**Avaya**

4655 Great America Parkway
Santa Clara, CA 95054
USA

| | | | | |
|---|---|---|---|---|
| Phone: | 510-732-0880 | | | |
| CzarPay: | HTTPS://CZARPAY.CZARNOWSKI.COM | | | |
| **Invoice #** | 001758 | | **Project ID** | 109230.002 |
| **Customer #** | 100135 | | **Invoice Date** | 11/19/2017 |
| **Exhibitor** | Avaya | | **PO #** | |
| **Show** | Portables | | **Terms** | Net 30 Day |
| **Project** | Avaya - IHG Americas Conference 2017 | | **Page** | 1 of 1 |
| | | | **Invoice Total** | $269.04 |

**Delivered to**

444 St. Charles Avenue
New Orleans, LA 70130
USA

**Additional comments:**

Attention: Ruth Anne Sutties

| Item/Service | Description | Amount |
|---|---|---|
| Account Services | Project Management & Pre/Show/Shop- Process & Pull Order | 150.00 |
| Account Services | Expedited Order/Rush Fee | 100.00 |
| Handling | Provide all Labor to Load/Unload Properties onto Truck | 17.30 |

| | |
|---|---|
| Subtotal | $267.30 |
| Sales Tax | $1.74 |
| Deposit | $0.00 |
| **Total Due** | **$269.04** |



## Account Statement

|  |  |
|---|---|
| Page | Page 1 of 1 |
| Date | 11/20/2017 |

Avaya Government Solutions
12730 Fir Lakes Circle Rm #4109
Fairfax, VA 22033
USA

|  |  |
|---|---|
| Customer account | 100136 |
| Customer name | Avaya Government Solutions |
| Payment Terms | Net 30 Days |
| As of date | 11/20/2017 |
| Account executive | Rene' Jansen |
| Account executive inquiries | (510) 259-3641 |
| General billing inquiries | (773) 920-1500 |

| Date | Invoice | Description | Due | Currency | Amount |
|---|---|---|---|---|---|
| 09/18/2017 |  | DEN-SHIPS-17-0195 - Invoice 239929 | 09/18/2017 | USD | -675.31 |
| 10/19/2017 | 000749 | 110252 - Avaya Government Solutions - TechNet Asia 2017Main | 11/18/2017 | USD | 7,592.17 |
| | | **Statement Balance** | | **USD** | **6,916.86** |

| Currency | Current | 30 | 60 | 90 | 91+ | Balance 11/20/2017 |
|---|---|---|---|---|---|---|
| USD | 0.00 | 7,592.17 | 0.00 | -675.31 | 0.00 | 6,916.86 |



| | | | | |
|---|---|---|---|---|
| | | Phone | | 510-732-0880 |

## Invoice

Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060
USA

| | |
|---|---|
| Page | 1 of 1 |
| Invoice number | 000749 |
| Invoice date | 10/19/2017 |

Electronic Payment Information

| | | | |
|---|---|---|---|
| Routing | 071000013 | Project contract | 100136 |
| Account | 4263413 | Customer account | 100136 |

Avaya Government Solutions
3003 Summit Boulevard Suite 200
Atlanta, GA 30319
USA

| | |
|---|---|
| Payment terms | N30 |
| Invoice currency | USD |
| Discount Terms | |
| Exhibitor | Avaya Government Solutions |
| Facility | |
| Show | Portables |
| Show City, St | Boston,MA |
| Show dates | 1/31/2017 12/31/2017 |

Delivered to

| | |
|---|---|
| Project name | Avaya Government Solutions - TechNet Asia 2017 Proj / Job |
| Project ID | 110252.002 |

| Change order | Item | Description | Amount |
|---|---|---|---|
| | Customer Deposit | 50% Deposit for TechNet Asia and ALAMO AFCEA | 7,592.17 |
| | | | 7,592.17 |
| | | | 7,592.17 |
| | | | 7,592.17 |

| Sales subtotal amount | Net amount | Sales tax | Total |
|---|---|---|---|
| 7,592.17 | 7,592.17 | 0.00 | 7,592.17 |