# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

*In re Avaya Inc., et al.,*     Case Number: 17-10089

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**VonWin Capital Management, L.P.**
Name of Transferee

**Cortelco Systems Puerto Rico Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Scheduled Claim #: **514562**
Scheduled Amount: **$1,025.00**
Proof of Claim #: -
POC Amount: -
Debtor: **Avaya Inc.**

**261 Fifth Avenue, 22nd Floor
New York, NY 10016**

Phone: **(212) 889-1601**
Last Four Digits of Acct #: N/A

Phone: **(787) 704-3303**
Last Four Digits of Acct #: N/A

Name and Address where transferee Payments should be sent (if different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ (signature)
Transferee/Transferee's Agent

Date: 12/8/17