**Objection Deadline: February 6, 2018**

MORRISON & FOERSTER LLP
250 W 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
Todd M. Goren

*Counsel for the Official Committee*
*of Unsecured Creditors of Avaya Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| AVAYA INC., *et al.*,[1] | Case No. 17-10089 (SMB) |
| Debtors. | Jointly Administered |

**ELEVENTH MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP**
**AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD DECEMBER 1, 2017 THROUGH DECEMBER 31, 2017**

| **Name of Applicant:** | **Morrison & Foerster LLP** |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | April 21, 2017 *nunc pro tunc* to January 30, 2017 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2017 through December 31, 2017 (the "Fee Period") |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Avaya Inc. (3430); Avaya CALA Inc. (9365); Avaya EMEA Ltd. (9361); Avaya Federal Solutions, Inc. (4392); Avaya Holdings Corp. (9726); Avaya Holdings LLC (6959); Avaya Holdings Two, LLC (3240); Avaya Integrated Cabinet Solutions Inc. (9449); Avaya Management Services Inc. (9358); Avaya Services Inc. (9687); Avaya World Services Inc. (9364); Octel Communications LLC (5700); Sierra Asia Pacific Inc. (9362); Sierra Communication International LLC (9828); Technology Corporation of America, Inc. (9022); Ubiquity Software Corporation (6232); VPNet Technologies, Inc. (1193); and Zang, Inc. (7229). The location of Debtor Avaya Inc.'s corporate headquarters and the Debtors' service address is: 4655 Great America Parkway, Santa Clara, CA 95054.

| Name of Applicant: | Morrison & Foerster LLP |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $119,033.50 (80% = $95,226.80) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $4,313.04 |

This is a(n) **X** monthly ___ interim __ final application.  No prior application was filed for this Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order (as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

2

ny-1312067

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Counsel to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to January 30, 2017*, dated April 21, 2017 [Docket No. 440], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, and (II) Granting Related Relief*, dated March 28, 2017 [Docket No. 324] (the "Interim Compensation Order"), the law firm of Morrison & Foerster LLP ("Morrison & Foerster" or the "Firm"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this monthly fee statement (the "Monthly Fee Statement").[3]  By this Monthly Fee Statement, Morrison & Foerster seeks (a) compensation in the amount of $119,033.50 for the actual, reasonable and necessary legal services rendered to the Committee during the Fee Period, less a twenty percent (20%) holdback in the amount of $23,806.70, for a total fee request of $95,226.80;[4] and (b) reimbursement for the actual and necessary expenses incurred by Morrison & Foerster during the Fee Period in the amount of $4,313.04.

**Itemization of Services Rendered and Disbursements Incurred**

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

---

[3] The period from December 1, 2017 through and including December 31, 2017 is referred to herein as the "Fee Period."

[4] As an accommodation to the Committee, and consistent with applicable billing guidelines, Morrison & Foerster is not seeking payment for time spent reviewing its time entries for confidential information and compliance with billing guidelines.

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Morrison & Foerster's attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories established by Morrison & Foerster in accordance with its internal billing procedures. Morrison & Foerster requests compensation in the amount of $119,033.50 for the actual, reasonable and necessary legal services rendered to the Committee during the Fee Period, less a twenty percent (20%) holdback in the amount of $23,806.70 for a total fee request of $95,226.80.

- **Exhibit B** is a schedule providing certain information regarding the Morrison & Foerster attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Morrison & Foerster have **expended** a total of 145.50 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Morrison & Foerster is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit D** consists of Morrison & Foerster's time detail and records of fees and expenses incurred during the Fee Period.

### Notice

2. Pursuant to the Interim Compensation Order, notice of this Monthly Fee Statement has been served upon (a) the Debtors: Avaya Inc., 4655 Great America Parkway, Santa Clara, CA 95054, Attn: Amy Fleigelman Olli; (b) the Standard Parties; and (c) the Rule 2002 Parties.[5] Morrison & Foerster submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, Morrison & Foerster respectfully requests that allowance be made for compensation in the amount of $119,033.50 for the actual, reasonable and necessary legal services rendered to the Committee during the Fee Period, less a twenty percent (20%) holdback in the amount of $23,806.70, for a total fee request of $95,226.80, together with reimbursement of

---

[5] Capitalized terms used but not defined in this Paragraph 2 shall have the meanings ascribed to such terms in the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c), 2002(m) and 9007 Implementing Certain Notice and Case Management Procedures* [Docket No. 160].

ny-1312067

expenses in the amount of $4,313.04, and further requests such other and further relief as this

Court deems necessary and just.

Dated:   January 22, 2018
         New York, New York

/s/ Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
Lorenzo Marinuzzi
Todd M. Goren
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for the Official Committee of Unsecured
Creditors*

ny-1312067

**Exhibit A**

ny-1312067

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 006 | Business Operations | 0.20 | $225.00 |
| 007 | Case Administration | 3.70 | $1,202.50 |
| 008 | Claims Administration and Objections | 55.50 | $47,804.50 |
| 011 | Employment and Fee Applications | 6.40 | $3,654.50 |
| 013 | Financing and Cash Collateral | 0.80 | $723.50 |
| 015 | Meetings and Communications with Creditors | 25.00 | $19,723.00 |
| 017 | Plan and Disclosure Statement | 43.80 | $42,884.00 |
| 024 | Hearings | 3.80 | $2,816.50 |
| 032 | Time Entry Review | 6.30 | $5,413.50 |
| **Total Incurred:** | | **145.5** | **$124,447.00** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred)** | | | **($5,413.50)** |
| **Total Requested:** | | | **$119,033.50** |

7

ny-1312067

## **Exhibit B**

ny-1312067

**Attorney and Paraprofessional Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $960.00 | 1.40 | $1,344.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $1,015.00 | 8.30 | $8,424.50 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $950.00 | 2.00 | $1,900.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,125.00 | 53.40 | $60,075.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $965.00 | 3.90 | $3,763.50 |
| Pichler, Rufus J. | Partner | 2000 | Corporate | $925.00 | 0.70 | $647.50 |
| Van Nort, Diek O. | Of Counsel | 2010 | Corporate | $775.00 | 0.80 | $620.00 |

ny-1312067

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Connelly, Rahman | Associate | 2014 | Business Restructuring & Insolvency | $660.00 | 14.50 | $9,570.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $850.00 | 12.30 | $10,455.00 |
| Kissner, Andrew | Associate | 2017 | Business Restructuring & Insolvency | $460.00 | 18.90 | $8,694.00 |
| Newton, James A. | Associate | 2009 | Business Restructuring & Insolvency | $790.00 | 2.10 | $1,659.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $830.00 | 16.90 | $14,027.00 |

ny-1312067

The Morrison & Foerster paraprofessionals who rendered professional services in these

cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Braun, Danielle | Paralegal | 4 years | Business Restructuring & Insolvency | $325.00 | 8.70 | $2,827.50 |
| Research Services* | N/A | N/A | Litigation | $275.00 | 1.60 | $440.00 |

*The Research Services team leverages our expertise across offices to meet tight/urgent client deadlines in a timely and cost effective manner. To enable this collaborative workflow, time billed by this group is consolidated into a single line-item on the Timekeeper Summary sections of client bills

ny-1312067

**Blended Rates**

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,088.57 | 70.50 | $76,744.50 |
| Associates and Attorneys | $686.32 | 64.70 | $44,405.00 |
| **Total Incurred by all Attorneys:** | **$896.08** | **135.20** | **$121,149.50** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | | ($5,413.50) |
| **Blended Attorney Rate:** | **$856.04** | **135.20** | **$115,736.00** |
| Paraprofessionals and Non-Legal Staff | $317..23 | 10.30 | $3,267.50 |
| **Total Requested:** | **$818.10** | **145.50** | **$119,033.50** |

ny-1312067

**<u>Exhibit C</u>**

ny-1312067

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---|
| Reporting Fees | $334.50 |
| Travel | $634.62 |
| On-line Research – LEXIS | $1.40 |
| Epiq eDiscovery Managed Services | $1,879.98 |
| Business Meals | $340.22 |
| Document Retrieval Service | $802.32 |
| Meals | $320.00 |
| **Total Requested** | **$4,313.04** |

**Exhibit D**

ny-1312067

**MORRISON** | **FOERSTER**

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW MOFO COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Amy Fliegelman Olli
Avaya Inc.
4655 Great America Parkway
Santa Clara, CA 95054-1233

**Taxpayer ID #** ▉▉▉▉▉
Invoice Number:  5692485
Invoice Date:  January 18, 2018

Client/Matter Number:  077781-0000001

Matter Name:   BANKRUPTCY OF AVAYA INC.

RE:          BANKRUPTCY OF AVAYA INC.

*For Professional Services Rendered and Disbursements Incurred through December 31, 2017*

|  | U.S.Dollars |
|---|---|
| Current Fees | 124,447.00 |
| Client Accommodation  - Time Entry Review | (5,413.50) |
| Current Fees Value | 119,033.50 |
| Current Disbursements | 4,313.04 |
| **Total This Invoice** | **123,346.54** |

**Payment may be made by Electronic Funds transfer to the firm's account**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

MORRISON | FOERSTER

Matter Number: 077781-0000001                                          Invoice Number: 5692485
Matter Name: BANKRUPTCY OF AVAYA INC.                                  Invoice Date: January 18, 2018

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| **Business Operations** | | | | |
| 01-Dec-17 | Review ordinary course professional payments. | Marinuzzi, Lorenzo | 0.20 | 225.00 |
| **Total: 006** | **Business Operations** | | **0.20** | **225.00** |
| | | | | |
| **Case Administration** | | | | |
| 01-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review (.2); update calendar and circulate to internal working group (.4). | Braun, Danielle Eileen | 0.60 | 195.00 |
| 04-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |
| 05-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review (.2); update calendar and circulate to internal working group (.2). | Braun, Danielle Eileen | 0.40 | 130.00 |
| 06-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |
| 07-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |
| 08-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review (.2); update calendar and circulate to internal working group (.2). | Braun, Danielle Eileen | 0.40 | 130.00 |
| 11-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |
| 12-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review (.2); update calendar and circulate to internal working group (.2). | Braun, Danielle Eileen | 0.40 | 130.00 |
| 13-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |
| 14-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |

2

**MORRISON | FOERSTER**

Matter Number: 077781-0000001
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485
Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 15-Dec-17 | Review dockets and circulate update to internal working group with substantial filings for attorney review (.2); update calendar and circulate to internal working group (.5). | Braun, Danielle Eileen | 0.70 | 227.50 |
| **Total: 007** | **Case Administration** | | **3.70** | **1,202.50** |

**Claims Administration and Objections**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 01-Dec-17 | Review summary of Debtors' motion to estimate TLI claim. | Damast, Craig A. | 0.20 | 170.00 |
| 01-Dec-17 | Draft (1.6) and revise (.8) Committee statement regarding Network-1 claim. | Kissner, Andrew | 2.40 | 1,104.00 |
| 01-Dec-17 | Review motion seeking to estimate claims of Telecom Labs. | Marines, Jennifer L. | 0.90 | 855.00 |
| 01-Dec-17 | Review filed TLI estimation papers (1.2); correspond with internal working group regarding joinder (.3); review and revise memorandum to Committee regarding TLI claim (.3); review work plan on Network-1 filing (.6). | Marinuzzi, Lorenzo | 2.40 | 2,700.00 |
| 01-Dec-17 | Review trial transcripts of Network-1 Tech v. HP. | Ray, Laura* | 1.40 | 385.00 |
| 04-Dec-17 | Review Committee statement regarding Network-1. | Goren, Todd M. | 0.50 | 507.50 |
| 04-Dec-17 | Analyze draft Committee statement regarding Network-1 claim (.5); correspond with internal working group regarding same (.3). | Kissner, Andrew | 0.80 | 368.00 |
| 04-Dec-17 | Review settlement papers regarding San Jose Earthquakes Stadium LLC (.4); review VA tax claim stipulation (.3); correspond with B. Giordano (Kirkland) regarding TLI offer of judgment and status of Network-1 claim (.4); review and revise Committee statement on Network-1 claim (1.9); review public filings on Network-1 position on jury verdict (.4); call with D. Feldman regarding Network-1 claim (.5); call with S. Abramowitz (Vinson) regarding Committee position on Network-1 claim (.4). | Marinuzzi, Lorenzo | 4.30 | 4,837.50 |
| 04-Dec-17 | Review trial transcripts of Network-1 Tech v. HP. | Ray, Laura* | 0.20 | 55.00 |
| 04-Dec-17 | Draft Committee joinder to TLI estimation motion (1.1); revise statement regarding Network-1 settlement (2.9). | Richards, Erica J. | 4.00 | 3,320.00 |
| 04-Dec-17 | Review docket materials for HP litigation to identify correct transcripts for invalidity testimony. | Van Nort, Diek O. | 0.30 | 232.50 |
| 05-Dec-17 | Review draft of Committee statement regarding Network-1 settlement (.6); correspond with internal working group regarding same and next steps (.2). | Damast, Craig A. | 0.80 | 680.00 |
| 05-Dec-17 | Review and revise draft statement regarding Network-1. | Goren, Todd M. | 0.50 | 507.50 |

3

# MORRISON | FOERSTER

Matter Number: 077781-0000001  
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485  
Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 05-Dec-17 | Draft correspondence to Committee regarding Network-1 statement (.2); correspond with S. Abramowitz (Vinson) regarding same (.1); analyze proposed revisions to same (.3). | Kissner, Andrew | 0.60 | 276.00 |
| 05-Dec-17 | Review and revise Committee statement regarding Network-1 claim (1.3); calls with S. Abramowitz (Vinson) regarding Committee statement regarding Network-1 claim (.8); review Network-1 markup of Committee statement regarding Network-1 claim (.6); review additional comments on Network-1 statement (.6); review status of Network-1 claim with P. Kravitz (Province) (.4). | Marinuzzi, Lorenzo | 3.70 | 4,162.50 |
| 05-Dec-17 | Review correspondence regarding Network-1 patent issues. | Pichler, Rufus J. | 0.70 | 647.50 |
| 05-Dec-17 | Analyze and incorporate additional Committee comments to statement regarding Network-1 settlement. | Richards, Erica J. | 0.60 | 498.00 |
| 06-Dec-17 | Review bullet points for settlement terms with Network-1. | Goren, Todd M. | 0.30 | 304.50 |
| 06-Dec-17 | Draft stipulation amending Network-1 claim (2.1); conduct legal research relating to same (.9); discuss drafting of Network-1 claims stipulation with E. Richards (.2). | Kissner, Andrew | 3.20 | 1,472.00 |
| 06-Dec-17 | Review materials regarding Network-1 settlement. | Marines, Jennifer L. | 1.10 | 1,045.00 |
| 06-Dec-17 | Call and correspond with S. Abramowitz (Vinson) regarding offer to reduce claim and Committee discussion points (.4); correspond with C. Horowitz (Network-1) regarding settlement of claim (.3); review proposed settlement with Network-1 (.4); review timeline and means to accomplish settlement (.7); correspond with P. Kravitz (Province) concerning Network-1 settlement (.3); call with M. Strollo (PBGC) regarding same (.2); call with C. Campbell (SAE) concerning same (.3); call and correspond with R. Dahl (Kirkland) and B. Giordano (Kirkland) regarding same (.4). | Marinuzzi, Lorenzo | 3.00 | 3,375.00 |
| 06-Dec-17 | Discuss drafting of Network-1 claims stipulation with A. Kissner. | Richards, Erica J. | 0.20 | 166.00 |
| 07-Dec-17 | Call with Kirkland team regarding Network-1 settlement (.3); correspond with internal working group and Debtors regarding same (.8). | Bell, Jeffery | 1.10 | 1,056.00 |
| 07-Dec-17 | Review SAE statement/reply to Debtors' trial memorandum (.4); review draft of stipulation/agreed order reducing Network-1 claim (.3). | Damast, Craig A. | 0.70 | 595.00 |
| 07-Dec-17 | Review draft stipulation regarding Network-1. | Goren, Todd M. | 0.40 | 406.00 |

4

# MORRISON | FOERSTER

Matter Number: 077781-0000001
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485
Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 07-Dec-17 | Call with Kirkland team regarding Network-1 settlement (.3); correspond with internal working group regarding same (.3); revise stipulation per comments received from Network-1 (.9). | Kissner, Andrew | 1.50 | 690.00 |
| 07-Dec-17 | Review and revise draft stipulation regarding Network-1 claim (.9); call with Kirkland team regarding Network-1 settlement (.3); review TLI estimation motion and status (.8); review Committee statement in support of Debtors on TLI (.3); review transition on claims to Province and continuity (.8); review cure claims schedule (.6); call with S. Abramowitz (Vinson) regarding status of settlement and next steps (.4). | Marinuzzi, Lorenzo | 4.10 | 4,612.50 |
| 07-Dec-17 | Review and revise draft Network-1 claims stipulation (.8); call with Kirkland team regarding Network-1 settlement (.3). | Richards, Erica J. | 1.10 | 913.00 |
| 08-Dec-17 | Review revised Network-1 settlement stipulation (.3); correspond with A. Kissner regarding same (.1). | Damast, Craig A. | 0.40 | 340.00 |
| 08-Dec-17 | Correspond with E. Richards regarding Network-1 settlement stipulation (.1); revise same (1.3); correspond with Committee, S. Abramowitz (Vinson) and Debtors regarding same (.3); correspond with C. Damast regarding same (.1); correspond with C. Campbell (SAE) regarding same (.1). | Kissner, Andrew | 1.90 | 874.00 |
| 08-Dec-17 | Call and correspond with S. Abramowitz (Vinson) regarding Network-1 claim reduction stipulation (.6); review and revise multiple drafts of Network-1 claims stipulation (.9); review comments to same (.4); review memorandum regarding open claim objections and next steps (.7). | Marinuzzi, Lorenzo | 2.60 | 2,925.00 |
| 08-Dec-17 | Analyze Network-1 comments to draft stipulation (.1); provide additional comments to same (.1); correspond with A. Kissner regarding same (.1). | Richards, Erica J. | 0.30 | 249.00 |
| 11-Dec-17 | Correspond with S. Iacovo (Kirkland) regarding Network-1 stipulation (.3); review comments to same (.2). | Damast, Craig A. | 0.50 | 425.00 |
| 11-Dec-17 | Review proposed final draft of Network-1 stipulation. | Goren, Todd M. | 0.30 | 304.50 |
| 11-Dec-17 | Revise Network-1 settlement stipulation (.5); correspond with Debtors and Committee regarding same (.2). | Kissner, Andrew | 0.70 | 322.00 |

5

MORRISON | FOERSTER

Matter Number: 077781-0000001
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485
Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 11-Dec-17 | Analyze Debtors' comments to draft Network-1 claims stipulation (.1); call with P. Kravitz (Province) and A. Demby (Province) regarding transition of claims matters to GUC oversight administrator (.3). | Richards, Erica J. | 0.40 | 332.00 |
| 12-Dec-17 | Correspond with internal working group regarding Network-1 stipulation and presentment logistics (.1); review and revise draft of Committee's joinder to Debtors' motion to estimate TLI/Continuant claim at -0- (.6); discuss revisions with A. Kissner (.2). | Damast, Craig A. | 0.90 | 765.00 |
| 12-Dec-17 | Analyze revised joinder to TLI estimation motion (.4) and revised Network-1 stipulation (.3); discuss revisions with C. Damast (.2). | Kissner, Andrew | 0.90 | 414.00 |
| 12-Dec-17 | Review updated Network-1 papers (.6); correspond with Kirkland on changes to Network-1 papers (.3); correspond with S. Abramowitz (Vinson) regarding settlement (.4); review updated TLI joinder (.5). | Marinuzzi, Lorenzo | 1.80 | 2,025.00 |
| 13-Dec-17 | Review as-filed Network-1 claim stipulation (.2) and notice of presentment (.1). | Damast, Craig A. | 0.30 | 255.00 |
| 14-Dec-17 | Review and cite check Committee joinder to TLI estimation motion (.4); file and serve same (.7). | Braun, Danielle Eileen | 1.10 | 357.50 |
| 14-Dec-17 | Review Committee statement regarding Debtors' motion to estimate TLI/Continuant claim (.3); correspond with internal working group regarding same (.2); review summary of claims reconciliation efforts for GUC claims administrator (.4). | Damast, Craig A. | 0.90 | 765.00 |
| 14-Dec-17 | Revise (.4) and finalize (.2) draft joinder to TLI estimation motion. | Richards, Erica J. | 0.60 | 498.00 |
| 15-Dec-17 | Review updated TLI analysis and status memorandum (.5); call with TLI counsel regarding status of claim and Committee position (.4). | Marinuzzi, Lorenzo | 0.90 | 1,012.50 |
| **Total: 008** | **Claims Administration and Objections** | | **55.50** | **47,804.50** |

**Employment and Fee Applications**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 01-Dec-17 | Correspond with J. Carr (Kelley Drye) regarding final fee applications. | Richards, Erica J. | 0.40 | 332.00 |
| 06-Dec-17 | File and serve Alvarez October fee statement (.4); correspond with A. Kissner regarding same (.1). | Braun, Danielle Eileen | 0.50 | 162.50 |
| 06-Dec-17 | Analyze Alvarez October fee application (.3); correspond with D. Braun regarding filing of same (.1). | Kissner, Andrew | 0.40 | 184.00 |
| 11-Dec-17 | Review draft order for second interim fee applications. | Connelly, Rahman | 0.30 | 198.00 |

6

**MORRISON | FOERSTER**

| | | | | |
|---|---|---|---|---|
| Matter Number: 077781-0000001 | | | Invoice Number: 5692485 | |
| Matter Name: BANKRUPTCY OF AVAYA INC. | | | Invoice Date: January 18, 2018 | |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 11-Dec-17 | Analyze U.S. Trustee response regarding second interim fee applications (.2); review and comment on draft order approving same (.2). | Richards, Erica J. | 0.40 | 332.00 |
| 13-Dec-17 | Correspond with internal working group regarding second interim fee applications. | Connelly, Rahman | 0.20 | 132.00 |
| 15-Dec-17 | Review Jefferies' seventh monthly fee application for October 2017 (.3); file and serve same (.3). | Braun, Danielle Eileen | 0.60 | 195.00 |
| 20-Dec-17 | Review (.1) and revise (.1) declaration of rate increases. | Connelly, Rahman | 0.20 | 132.00 |
| 21-Dec-17 | Correspond with Zolfo Cooper regarding escrow information. | Connelly, Rahman | 0.30 | 198.00 |
| 22-Dec-17 | Correspond with Debtors and U.S. Trustee regarding MoFo's 2018 hourly rates. | Connelly, Rahman | 0.30 | 198.00 |
| 27-Dec-17 | Draft November monthly fee application (1.2); file and serve same (.4). | Braun, Danielle Eileen | 1.60 | 520.00 |
| 27-Dec-17 | Review and revise November fee application. | Connelly, Rahman | 0.60 | 396.00 |
| 27-Dec-17 | Finalize monthly fee statement for filing. | Marinuzzi, Lorenzo | 0.60 | 675.00 |
| **Total: 011** | **Employment and Fee Applications** | | **6.40** | **3,654.50** |

**Financing and Cash Collateral**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 13-Dec-17 | Correspond with N. Hwangpo (Kirkland) regarding stipulation further extending challenge deadline (.1); review same (.2); correspond with A. Kissner regarding same (.1). | Damast, Craig A. | 0.40 | 340.00 |
| 13-Dec-17 | Correspond with C. Damast regarding challenge period extension. | Kissner, Andrew | 0.10 | 46.00 |
| 13-Dec-17 | Review correspondence from N. Hwangpo (Kirkland) concerning extension of challenge period. | Marinuzzi, Lorenzo | 0.30 | 337.50 |
| **Total: 013** | **Financing and Cash Collateral** | | **0.80** | **723.50** |

**Meetings and Communications with Creditors**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 01-Dec-17 | Draft correspondence to Committee regarding TLI estimation motion. | Kissner, Andrew | 0.30 | 138.00 |
| 04-Dec-17 | Prepare for (.1) and participate on (.4) weekly call with Committee co-chairs regarding case status. | Connelly, Rahman | 0.50 | 330.00 |
| 04-Dec-17 | Participate on weekly call with Committee co-chairs regarding case status. | Damast, Craig A. | 0.40 | 340.00 |
| 04-Dec-17 | Participate on weekly call with Committee co-chairs regarding case status (.4); review agenda for 12/5 Committee call (.4). | Goren, Todd M. | 0.80 | 812.00 |
| 04-Dec-17 | Draft weekly Committee call agenda (.4); prepare for (.1) and participate on (.4) weekly call with Committee co-chairs regarding case status. | Kissner, Andrew | 0.90 | 414.00 |

7

**MORRISON | FOERSTER**

Matter Number: 077781-0000001                                    Invoice Number: 5692485
Matter Name: BANKRUPTCY OF AVAYA INC.                            Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 04-Dec-17 | Review draft agenda for upcoming Committee call (.1); participate on weekly call with Committee co-chairs regarding case status (.4). | Richards, Erica J. | 0.50 | 415.00 |
| 05-Dec-17 | Prepare for (.3) and participate on (.9) weekly Committee call regarding case status and strategy. | Connelly, Rahman | 1.20 | 792.00 |
| 05-Dec-17 | Participate on weekly Committee call regarding case status and strategy (.9); review draft of agenda for Committee call (.2); correspond with Committee co-chairs regarding Network-1 settlement (.3). | Damast, Craig A. | 1.40 | 1,190.00 |
| 05-Dec-17 | Prepare for (.3) and participate on (.9) weekly Committee call regarding case status and strategy. | Goren, Todd M. | 1.20 | 1,218.00 |
| 05-Dec-17 | Prepare for (.3) and participate on (.9) weekly Committee call regarding case status and strategy. | Kissner, Andrew | 1.20 | 552.00 |
| 05-Dec-17 | Call with Committee regarding Network-1 settlement. | Marinuzzi, Lorenzo | 0.90 | 1,012.50 |
| 05-Dec-17 | Prepare for (.3) and participate on (.9) weekly Committee call regarding case status and strategy. | Marinuzzi, Lorenzo | 1.20 | 1,350.00 |
| 05-Dec-17 | Participate on weekly Committee call regarding case status and strategy. | Newton, James A. | 0.90 | 711.00 |
| 05-Dec-17 | Prepare for (.3) and participate on (.9) weekly Committee call regarding case status and strategy. | Richards, Erica J. | 1.20 | 996.00 |
| 06-Dec-17 | Participate on Committee call regarding Network-1 settlement. | Connelly, Rahman | 0.50 | 330.00 |
| 06-Dec-17 | Participate on Committee call regarding Network-1 settlement. | Damast, Craig A. | 0.50 | 425.00 |
| 06-Dec-17 | Participate on Committee call regarding Network-1 settlement. | Goren, Todd M. | 0.50 | 507.50 |
| 06-Dec-17 | Prepare for (.3) and participate on (.5) Committee call regarding Network-1 settlement; draft correspondence to Committee regarding same (.3). | Kissner, Andrew | 1.10 | 506.00 |
| 06-Dec-17 | Participate on Committee call regarding Network-1 settlement. | Marinuzzi, Lorenzo | 0.50 | 562.50 |
| 06-Dec-17 | Participate on Committee call regarding Network-1 settlement. | Richards, Erica J. | 0.50 | 415.00 |
| 06-Dec-17 | Participate on Committee call regarding Network-1 settlement. | Van Nort, Diek O. | 0.50 | 387.50 |
| 11-Dec-17 | Prepare for (.1) and participate on (.3) weekly call with Committee professionals regarding case status and strategy; prepare for (.2) participate on (.2) weekly call with Committee co-chairs regarding case status. | Connelly, Rahman | 0.80 | 528.00 |
| 11-Dec-17 | Review agenda for Committee call (.3); participate on weekly call with Committee co-chairs regarding case status (.2). | Damast, Craig A. | 0.50 | 425.00 |

8

MORRISON | FOERSTER

Matter Number: 077781-0000001
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485
Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 11-Dec-17 | Participate on weekly call with Committee professionals regarding case status and strategy (.3); participate on weekly call with Committee co-chairs regarding same (.2). | Goren, Todd M. | 0.50 | 507.50 |
| 11-Dec-17 | Draft weekly Committee call agenda (.6); participate on weekly call with Committee co-chairs regarding case status (.2). | Kissner, Andrew | 0.80 | 368.00 |
| 11-Dec-17 | Review draft agenda (.1); correspond with internal working group regarding same (.1); correspond with M. Shenk (Alvarez) regarding logistics for co-chair call (.1); participate on weekly call with Committee professionals regarding case status and strategy (.3); participate on weekly call with Committee co-chairs regarding same (.2). | Newton, James A. | 0.80 | 632.00 |
| 11-Dec-17 | Participate on weekly call with Committee professionals regarding case status and strategy (.3); participate on weekly call with Committee co-chairs regarding same (.2). | Richards, Erica J. | 0.50 | 415.00 |
| 12-Dec-17 | Correspond with Committee member regarding dial-in for omnibus hearing (.2); prepare for (.1) and participate on (.4) weekly Committee call regarding case status and strategy. | Connelly, Rahman | 0.70 | 462.00 |
| 12-Dec-17 | Prepare for (.2) and participate on (.4) weekly Committee call regarding case status and strategy. | Damast, Craig A. | 0.60 | 510.00 |
| 12-Dec-17 | Prepare for (.2) and participate on (.4) weekly Committee call regarding case status and strategy. | Goren, Todd M. | 0.60 | 609.00 |
| 12-Dec-17 | Prepare for (.1) and participate on (.4) weekly Committee call regarding case status and strategy. | Kissner, Andrew | 0.50 | 230.00 |
| 12-Dec-17 | Participate on weekly Committee call regarding case status and strategy. | Marinuzzi, Lorenzo | 0.40 | 450.00 |
| 12-Dec-17 | Participate on weekly Committee call regarding case status and strategy. | Newton, James A. | 0.40 | 316.00 |
| 12-Dec-17 | Participate on weekly Committee call regarding case status and strategy. | Richards, Erica J. | 0.40 | 332.00 |
| 14-Dec-17 | Correspond with B. Oberg (unsecured creditor) regarding claim status. | Goren, Todd M. | 0.30 | 304.50 |
| 15-Dec-17 | Draft correspondence to Committee regarding plan effective date. | Kissner, Andrew | 0.50 | 230.00 |
| **Total: 015** | **Meetings and Communications with Creditors** | | **25.00** | **19,723.00** |

**Plan and Disclosure Statement**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 01-Dec-17 | Review retention orders of professionals in connection with draft funds flow (.9); call with Sidley (counsel to Jefferies) regarding same (.2); correspond with internal working group regarding same (.3). | Connelly, Rahman | 1.40 | 924.00 |

# MORRISON | FOERSTER

Matter Number: 077781-0000001
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485
Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 01-Dec-17 | Review report of electing general unsecured creditors (.2); correspond with J. Mercurio (Kirkland) regarding same (.1). | Damast, Craig A. | 0.30 | 255.00 |
| 01-Dec-17 | Call with R. Dahl (Kirkland) regarding effective date payments (.4); correspond with J. Mercurio (Kirkland) regarding effective date planning calls (.4); review status of GUC oversight admin retention (.6); review checklist for Committee on pre-effective date actions/filings (.8). | Marinuzzi, Lorenzo | 2.20 | 2,475.00 |
| 04-Dec-17 | Participate on closing call (.8); review closing checklist and deliverables (.6); correspond with J. Mercurio (Kirkland) regarding equity reserves under plan (.4); correspond with Alvarez and Jefferies on calculation of equity reserves (.4); review status of GUC claims oversight engagement letter (.5). | Marinuzzi, Lorenzo | 2.70 | 3,037.50 |
| 05-Dec-17 | Review estimates for equity reserve and disputed claims (.9); correspond with J. Mercurio (Kirkland) regarding same (.4); review updated closing checklist (.4); participate on closing call (.4). | Marinuzzi, Lorenzo | 2.10 | 2,362.50 |
| 05-Dec-17 | Correspond with R. Dahl (Kirkland) and J. Mercurio (Kirkland) regarding GUC oversight administrator engagement letter (.1); review plan closing list (.2). | Richards, Erica J. | 0.30 | 249.00 |
| 06-Dec-17 | Research and analyze case law regarding Committee's evidentiary privileges in relation to GUC administrator. | Connelly, Rahman | 3.40 | 2,244.00 |
| 06-Dec-17 | Correspond with L. Marinuzzi regarding disputed claims reserve. | Damast, Craig A. | 0.20 | 170.00 |
| 06-Dec-17 | Review updated closing list and flow of funds (.4); participate on closing call (.7); correspond with C. Damast regarding disputed claims reserve (.2). | Marinuzzi, Lorenzo | 1.30 | 1,462.50 |
| 07-Dec-17 | Call with L. Marinuzzi regarding revisions to stock distribution mechanics. | Bell, Jeffery | 0.30 | 288.00 |
| 07-Dec-17 | Participate on daily closing call (.4); review effective date conditions precedent (.6); review status of engagement letter with Province (.3); review Debtors' comments on Province engagement letter (.2); review plan provisions for redistributing equity to first liens from reserve (.9); call with J. Bell regarding revisions to stock distribution mechanics (.3). | Marinuzzi, Lorenzo | 2.70 | 3,037.50 |
| 08-Dec-17 | Finalize Province engagement letter. | Richards, Erica J. | 0.30 | 249.00 |

10

**MORRISON | FOERSTER**

Matter Number: 077781-0000001
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485
Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 11-Dec-17 | Correspond with J. Mercurio (Kirkland), R. Keenan (Jefferies) and internal working group regarding GUC equity reserve/share calculation (.4); review notice of filing of plan supplement (.3); review draft of GUC escrow agreement (.4). | Damast, Craig A. | 1.10 | 935.00 |
| 11-Dec-17 | Review Avaya closing checklist and correspond with internal working group regarding same. | Goren, Todd M. | 0.40 | 406.00 |
| 11-Dec-17 | Call and correspond with P. Kravitz (Province) regarding transition on effective date (.6); call with Committee professionals to begin for effective date transition (.4); attend closing call (.7); review status of escrow documents (.4); discuss equity reserve calculations with R. Keenan (Jefferies) (.3). | Marinuzzi, Lorenzo | 2.40 | 2,700.00 |
| 11-Dec-17 | Discuss equity reserve calculations with R. Keenan (Jefferies). | Richards, Erica J. | 0.30 | 249.00 |
| 12-Dec-17 | Correspond with internal working group regarding GUC escrow agent/agreement and status. | Damast, Craig A. | 0.30 | 255.00 |
| 12-Dec-17 | Analyze draft GUC escrow agreement (.5); correspond with internal working group regarding same (.2). | Kissner, Andrew | 0.70 | 322.00 |
| 12-Dec-17 | Attend plan closing call (.4); review amended schedule of rejected/assumed contracts (.4); review escrow agreement (.6); review claims presentation for Province transition (.4). | Marinuzzi, Lorenzo | 1.80 | 2,025.00 |
| 12-Dec-17 | Review escrow agreement. | Peck, Geoffrey R. | 0.30 | 289.50 |
| 12-Dec-17 | Review draft press release regarding emergence (.1); review and comment on draft escrow agreement (.3); attend plan closing call (.4). | Richards, Erica J. | 0.80 | 664.00 |
| 13-Dec-17 | Correspond with J. Mercurio (Kirkland) and L. Marinuzzi regarding GUC equity reserve instruction letter (.4); review same (.1). | Damast, Craig A. | 0.50 | 425.00 |
| 13-Dec-17 | Review requirement to obtain W-9 for distributions under plan (.8); discuss same with R. Dahl (Kirkland) (.4) and A. Goldman (WSFS) (.4); participate on closing call (.6); review stock allocations and direction letter (.5); review updated closing checklist and flow of funds (.5). | Marinuzzi, Lorenzo | 3.20 | 3,600.00 |
| 13-Dec-17 | Review escrow agreement (2.1); prepare comments on escrow agreement (.7); review plan (.8). | Peck, Geoffrey R. | 3.60 | 3,474.00 |
| 13-Dec-17 | Prepare transition package for P. Kravitz (Province) (2.1); participate on closing call (.6). | Richards, Erica J. | 2.70 | 2,241.00 |
| 14-Dec-17 | Review documents regarding plan closing status. | Goren, Todd M. | 0.60 | 609.00 |

11

# MORRISON | FOERSTER

Matter Number: 077781-0000001
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485
Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 14-Dec-17 | Participate on closing call (.4); review closing checklist and flow of funds (.4); review conditions precedent to effective date (.6); review requirements for collecting tax information for distributions (.6); review and revise transition memorandum to GUC oversight administrator on open claim objections and authority (1.1). | Marinuzzi, Lorenzo | 3.10 | 3,487.50 |
| 14-Dec-17 | Revise transition memorandum to GUC oversight administrator (.7); attend daily plan closing call (.4). | Richards, Erica J. | 1.10 | 913.00 |
| 15-Dec-17 | Review and comment on notice of confirmation/effective date (.4); correspond with internal working group regarding same (.3); review correspondence to Committee regarding same (.2); review notice of plan distributions (.4); correspond with L. Marinuzzi regarding same (.1). | Damast, Craig A. | 1.40 | 1,190.00 |
| 15-Dec-17 | Participate on emergence call (.3); review notice of emergence (.7); correspond with Committee regarding same (.4). | Goren, Todd M. | 1.40 | 1,421.00 |
| 15-Dec-17 | Participate on emergence call (.3); review final flow of funds (.2); correspond with C. Damast regarding plan distributions (.1). | Marinuzzi, Lorenzo | 0.60 | 675.00 |
| 15-Dec-17 | Participate on emergence call. | Richards, Erica J. | 0.30 | 249.00 |
| **Total: 017** | **Plan and Disclosure Statement** | | **43.80** | **42,884.00** |
| | | | | |
| **Hearings** | | | | |
| 08-Dec-17 | Review hearing agenda and draft index to hearing binder (.4); set up telephonic appearance regarding same (.2). | Braun, Danielle Eileen | 0.60 | 195.00 |
| 11-Dec-17 | Update hearing binder for December 12 hearing. | Braun, Danielle Eileen | 0.60 | 195.00 |
| 12-Dec-17 | Correspond with internal working group regarding preparation for omnibus hearing on fee applications. | Connelly, Rahman | 0.50 | 330.00 |
| 12-Dec-17 | Telephonically attend interim fee hearing (.2); correspond with internal working group and Committee regarding same (.2). | Kissner, Andrew | 0.40 | 184.00 |
| 12-Dec-17 | Prepare for (.5) and attend (1.2) omnibus hearing. | Marinuzzi, Lorenzo | 1.70 | 1,912.50 |
| **Total: 024** | **Hearings** | | **3.80** | **2,816.50** |
| | | | | |
| **Time Entry Review** | | | | |
| 01-Dec-17 | Review time entries for compliance with U.S. Trustee guidelines. | Marinuzzi, Lorenzo | 1.30 | 1,462.50 |
| 20-Dec-17 | Review time entries for compliance with U.S. Trustee guidelines. | Connelly, Rahman | 2.20 | 1,452.00 |

12

**MORRISON** | **FOERSTER**

Matter Number: 077781-0000001
Matter Name:  BANKRUPTCY OF AVAYA INC.

Invoice Number:  5692485
Invoice Date: January 18, 2018

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 21-Dec-17 | Review time entries for compliance with U.S. Trustee guidelines. | Connelly, Rahman | 1.40 | 924.00 |
| 26-Dec-17 | Review time entries for compliance with U.S. Trustee guidelines. | Marinuzzi, Lorenzo | 1.40 | 1,575.00 |
| **Total: 032** | **Time Entry Review** | | **6.30** | **5,413.50** |

|  |  |  | **Current Fees** | **119,033.50** |
|--|--|--|------------------|----------------|

**MORRISON | FOERSTER**

Matter Number: 077781-0000001

Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485

Invoice Date: January 18, 2018

### Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 15632 | Bell, Jeffery | 960.00 | 1.40 | 1,344.00 |
| 14140 | Goren, Todd M. | 1,015.00 | 8.30 | 8,424.50 |
| 17456 | Marines, Jennifer L. | 950.00 | 2.00 | 1,900.00 |
| 14116 | Marinuzzi, Lorenzo | 1,125.00 | 53.40 | 60,075.00 |
| 12345 | Peck, Geoffrey R. | 965.00 | 3.90 | 3,763.50 |
| 07662 | Pichler, Rufus J. | 925.00 | 0.70 | 647.50 |
| 20578 | Connelly, Rahman | 660.00 | 14.50 | 9,570.00 |
| 19671 | Kissner, Andrew | 460.00 | 18.90 | 8,694.00 |
| 16826 | Newton, James A. | 790.00 | 2.10 | 1,659.00 |
| 14078 | Richards, Erica J. | 830.00 | 16.90 | 14,027.00 |
| 14101 | Van Nort, Diek O. | 775.00 | 0.80 | 620.00 |
| 17323 | Damast, Craig A. | 850.00 | 12.30 | 10,455.00 |
| 18387 | Braun, Danielle Eileen | 325.00 | 8.70 | 2,827.50 |
| 99850 | Research Services* | 275.00 | 1.60 | 440.00 |
| | Client Accommodation  - Time Entry Review | | | (5,413.50) |
| | **TOTAL** | | **145.50** | **119,033.50** |

The Research Services* and eDiscovery** teams leverage our expertise across offices to meet tight/urgent client deadlines in a timely and cost effective manner. To enable this collaborative workflow, time billed by these groups is consolidated into a single line-item on the Timekeeper Summary sections of client bills.

14

**MORRISON** | **FOERSTER**

Matter Number: 077781-0000001
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485
Invoice Date: January 18, 2018

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| 006 | Business Operations | 0.20 | 225.00 |
| 007 | Case Administration | 3.70 | 1,202.50 |
| 008 | Claims Administration and Objections | 55.50 | 47,804.50 |
| 011 | Employment and Fee Applications | 6.40 | 3,654.50 |
| 013 | Financing and Cash Collateral | 0.80 | 723.50 |
| 015 | Meetings and Communications with Creditors | 25.00 | 19,723.00 |
| 017 | Plan and Disclosure Statement | 43.80 | 42,884.00 |
| 024 | Hearings | 3.80 | 2,816.50 |
| 032 | Time Entry Review | 6.30 | 5,413.50 |
| | Client Accommodation  - Time Entry Review | | (5,413.50) |
| | **TOTAL** | **145.50** | **119,033.50** |

15

**MORRISON | FOERSTER**

Matter Number: 077781-0000001
Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485
Invoice Date: January 18, 2018

### Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Dec-17 | On-line Research - LEXIS | 1.40 |
| 01-Dec-17 | Reporting fees, CourtCall, telephonic hearing appearance for A. Kissner, 11/28/17 | 37.00 |
| 05-Dec-17 | Reporting fees, TSG Reporting, transcription services, 11/21/17 | 267.50 |
| 15-Dec-17 | Reporting fees, CourtCall, telephonic hearing appearance for A. Kissner, 12/12/17 | 30.00 |
| 12-Oct-17 | Travel, hotel, C. Akatugba, one night stay at Renaissance Hotel in New York City for deposition, 10/11/17 | 634.62 |
| 17-Nov-17 | Business meals, 8 attendees, Avaya meeting, 11/17/17 | 160.00 |
| 22-Nov-17 | Business meals, 8 attendees, Avaya meeting, 11/22/17 | 160.00 |
| 01-Dec-17 | Epiq eDiscovery Managed Services, November user fees | 1,879.98 |
| 01-Dec-17 | Business meals, 8 attendees, Avaya meeting, 12/1/17 | 160.00 |
| 08-Dec-17 | Business meals, 8 attendees, Avaya meeting, 12/8/17 | 149.53 |
| 08-Dec-17 | Business meals, 8 attendees, Avaya meeting, 12/8/17 | 30.69 |
| 12-Dec-17 | Document retrieval service, West Group Payment Center, document retrieval request | 802.32 |
| | **Current Disbursements** | **4,313.04** |

16

# MORRISON | FOERSTER

Matter Number:  077781-0000001                                          Invoice Number:  5692485
Matter Name:  BANKRUPTCY OF AVAYA INC.                                   Invoice Date: January 18, 2018

## Invoice Summary

|                      | U.S.Dollars |
|----------------------|------------:|
| Total Fees           | 119,033.50  |
| Total Disbursements  | 4,313.04    |
| **Total Amount Due** | **123,346.54** |

MORRISON | FOERSTER

17

**MORRISON | FOERSTER**

Matter Number: 077781-0000001

Matter Name: BANKRUPTCY OF AVAYA INC.

Invoice Number: 5692485

Invoice Date: January 18, 2018

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 28-Apr-17 | 5621955 | USD | 892,861.11 | 714,364.81 | 178,496.30 |
| 10-May-17 | 5624139 | USD | 777,909.00 | 622,902.70 | 155,006.30 |
| 12-Jun-17 | 5632697 | USD | 715,182.06 | 579,496.56 | 135,685.50 |
| 25-Oct-17 | 5671689 | USD | 669,915.78 | 536,652.68 | 133,263.10 |
| 29-Nov-17 | 5680635 | USD | 748,232.80 | 602,756.10 | 145,476.70 |
| 27-Dec-17 | 5689314 | USD | 390,215.52 | 0.00 | 390,215.52 |