EXHIBIT A

Previously Rejected Contracts - Oracle Administrative Expense Calculation
Based on services provided from the Petition Date through the May 1, 2017 rejection date

| Customer Name | Invoice Number | Invoice Date | Due Date | Support Renewal Period | Invoice Amount | Outstanding Amount | Pre-Petition amount | Administrative claim amount |
|---|---|---|---|---|---|---|---|---|
| Avaya Inc. | 43796634 | 23-Apr-17 | 7-Jun-17 | 4/23/17-5/22/17 | $71,000.00 | $71,000.00 | $52,066.68 | $18,933.32 |
| Avaya Inc. | 43804823 | 28-Apr-17 | 12-Jun-17 | 4/28/17-5/27/17 | $5,946.24 | $5,946.24 | $5,351.62 | $594.62 |
| | | | | Totals: | $76,946.24 | | $57,418.30 | $19,527.94 |



# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43796634 |
|---|---|
| INVOICE DATE | 23-Apr-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | NET 45 DAYS |
| DUE DATE | 07-Jun-2017 |
| CUSTOMER REF | |

**BILL TO:**
Avaya Inc.
Mr. Phil Zoppi
211 Mount Airy Rd
Basking Ridge, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 43796634 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:  Oracle America, Inc.
P.O. Box 203448
Dallas TX 75320-3448

WIRE TRANSFERS TO:  WELLS FARGO BANK
ABA   121000248
ACCT  4522-020841

**SHIP TO:**
Avaya Inc.
211 Mount Airy Rd
Basking Ridge, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 6697027 | Phil Zoppi | Avaya Inc. |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Fusion Transactional Business Intelligence for Customer Relationship Management Cloud - Hosted Named User 23-APR-2017 : 22-MAY-2017 | 3000 | N | 1,157.61 |
| 2 | Oracle Fusion Partner Relationship Management for Channel Managers Cloud - Hosted Named User Product Bundle v1 23-APR-2017 : 22-MAY-2017 | 1000 | N | 1,543.48 |
| 3 | Oracle Fusion Partner Relationship Management for Partners Cloud - Hosted Named User Product Bundle v1 23-APR-2017 : 22-MAY-2017 | 15000 | N | 23,152.17 |
| 4 | Oracle Fusion CRM Base Premium Offering Cloud Service - Hosted Name User Product Bundle v1 23-APR-2017 : 22-MAY-2017 | 3000 | N | 45,146.74 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 71,000.00 | 0.00 | 71,000.00 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 19-May-2017 | | 71,000.00 |



# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43804823 |
|---|---|
| INVOICE DATE | 28-Apr-2017 |
| YOUR P.O. NUMBER | 4548372849 |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 12-Jun-2017 |
| CUSTOMER REF | |

BILL TO:
Avaya Inc.
Accounts Payable
PO BOX 800056
MARIETTA, GA 30068
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 43804823 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | Oracle America, Inc.<br>P.O. Box 203448<br>Dallas TX 75320-3448 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK<br>ABA   121000248<br>ACCT  4522-020841 | |

SHIP TO:
Avaya Inc.
211 Mt. Airy Road
Basking Ridge, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 6707956 | Accounts Payable | Avaya Inc. |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Social Engagement and Monitoring Cloud Service, Advanced Edition - Production Environment Product Bundle v1 28-APR-2017 : 27-MAY-2017 | 1 | N | 1,875.00 |
| 2 | Oracle Social Relationship Management Platform Plus Bundle Product 28-APR-2017 : 27-MAY-2017 | 1 | N | 2,400.00 |
| 3 | Oracle Social Marketing Cloud Service, Advanced Edition - Production Environment Product Bundle v1 28-APR-2017 : 27-MAY-2017 | 1 | N | 725.00 |
| 4 | Oracle Content Marketing Basic Cloud Service - Instance Product 28-APR-2017 : 27-MAY-2017 | 1 | N | 946.24 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 5,946.24 | 0.00 | 5,946.24 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 19-May-2017 | | 5,946.24 |