EXHIBIT B

Plan Rejected Contracts - Oracle Administrative Expense Calculation

Based on services provided from the Petition Date through the Plan effective Date

| Customer Name | Invoice Number | Invoice Date | Due Date | Support Renewal Period | Invoice Amount | Outstanding Amount | Pre-Petition amount | Administrative claim amount |
|---|---|---|---|---|---|---|---|---|
| Avaya Inc | 43692660 | 29-Jan-17 | 15-Mar-17 | 1/29/17-2/27/17 | $1,672.37 | $64.08 | | $64.08 |
| Avaya Inc | 43719810 | 28-Feb-17 | 14-Apr-17 | 2/28/17-3/28/17 | $1,570.53 | $1,570.53 | | $1,570.53 |
| Avaya Inc | 43763370 | 29-Mar-17 | 13-May-17 | 3/29/17-4/28/17 | $1,521.45 | $1,521.45 | | $1,521.45 |
| Avaya Inc | 43804967 | 29-Apr-17 | 13-Jun-17 | 4/29/17-5/28/17 | $1,521.45 | $1,521.45 | | $1,521.45 |
| Avaya Inc | 43844949 | 29-May-17 | 13-Jul-17 | 5/29/17-6/28/17 | $1,521.45 | $1,521.45 | | $1,521.45 |
| Avaya Inc | 43867452 | 29-Jun-17 | 13-Aug-17 | 6/29/17-7/13/17 | $785.26 | $785.26 | | $785.26 |
| Avaya Inc | 43955638 | 29-Aug-17 | 13-Oct-17 | 8/29/17-9/28/17 | $3,182.02 | $3,182.02 | | $3,182.02 |
| Avaya Inc | 8057064 | 15-Sep-17 | 15-Oct-17 | 9/15/17-10/14/17 | $7,917.00 | $7,917.00 | | $7,917.00 |
| Avaya Inc | 8060512 | 17-Oct-17 | 16-Nov-17 | 10/15/17-11/14/17 | $7,917.00 | $7,917.00 | | $7,917.00 |
| Avaya Inc | 44046624 | 29-Oct-17 | 13-Dec-17 | 10/29/17-11/28/17 | $3,182.02 | $3,182.02 | | $3,182.02 |
| Avaya Inc | 8065148 | 15-Nov-17 | 15-Dec-17 | 11/15/17-12/14/17 | $7,917.00 | $7,917.00 | | $7,917.00 |
| Avaya Inc | 44069713 | 29-Nov-17 | 13-Jan-18 | 11/29/17-12/28/17 | $3,182.02 | $3,182.02 | | $1,697.07 |

Totals:    $40,281.28    $0.00    $38,796.33

# ORACLE

Oracle America, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43692660 |
|---|---|
| INVOICE DATE | 29-Jan-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 15-Mar-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

## PAYMENT INSTRUCTIONS:

| REFERENCE | 43692660 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle America, Inc. P.O. Box 203448 Dallas TX 75320-3448 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK ABA 121000248 ACCT 4522-020841 |

SHIP TO :
Avaya Inc.
211 MOUNT AIRY ROAD
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8159597 | Philip Zoppi | Avaya Inc. |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 29-JAN-2017 ; 27-FEB-2017 | 1 | N | 507.73 |
| 2 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-JAN-2017 ; 27-FEB-2017 | 1 | N | 59.27 |
| 3 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-JAN-2017 ; 27-FEB-2017 | 1 | N | 59.27 |
| 4 | Oracle Database Cloud Multitenant Service - S50 - Hosted Environment Product Bundle v1 29-JAN-2017 ; 27-FEB-2017 | 1 | N | 677.42 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 1,472.37 | 0.00 | 1,472.37 |
| | Less Payments | | 1,408.29 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 13-Mar-2018 | | 64.08 |

# ORACLE

Oracle America, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43692660 |
|---|---|
| INVOICE DATE | 29-Jan-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 15-Mar-2017 |
| CUSTOMER REF | |

| | | | | |
|---|---|---|---|---|
| 5 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-JAN-2017 : 27-FEB-2017 | 1 | N | 84.34 |
| 6 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-JAN-2017 : 27-FEB-2017 | 1 | N | 84.34 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 1,472.37 | 0.00 | 1,472.37 |
| | Less Payments | | 1,408.29 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 13-Mar-2018 | | 64.08 |

# ORACLE

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43719810 |
|---|---|
| INVOICE DATE | 28-Feb-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 14-Apr-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

### PAYMENT INSTRUCTIONS:

| REFERENCE | 43719810 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:    Oracle America, Inc.
P.O. Box 203448
Dallas TX 75320-3448

WIRE TRANSFERS TO:    WELLS FARGO BANK
ABA    121000248
ACCT 4522-020841

SHIP TO :
Avaya Inc.
211 MOUNT AIRY ROAD
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8159597 | Philip Zoppi | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 28-FEB-2017 : 28-MAR-2017 | 1 | N | 541.57 |
| 2 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 28-FEB-2017 : 28-MAR-2017 | 1 | N | 63.23 |
| 3 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 28-FEB-2017 : 28-MAR-2017 | 1 | N | 63.23 |
| 4 | Oracle Database Cloud Multitenant Service - S50 - Hosted Environment Product Bundle v1 28-FEB-2017 : 28-MAR-2017 | 1 | N | 722.58 |
| 5 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 28-FEB-2017 : 28-MAR-2017 | 1 | N | 89.96 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 1,570.53 | 0.00 | 1,570.53 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 05-Apr-2017 | | 1,570.53 |

# ORACLE®

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43719810 |
|---|---|
| INVOICE DATE | 28-Feb-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 14-Apr-2017 |
| CUSTOMER REF | |

| 6 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 28-FEB-2017 : 28-MAR-2017 | 1 | N | 89.96 |
|---|---|---|---|---|

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 1,570.53 | 0.00 | 1,570.53 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 05-Apr-2017 | | 1,570.53 |

ORACLE

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43763370 |
|---|---|
| INVOICE DATE | 29-Mar-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-May-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 43763370 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle America, Inc.<br>P.O. Box 203448<br>Dallas TX 75320-3448 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA    121000248<br>ACCT  4522-020841 |

SHIP TO :
Avaya Inc.
211 MOUNT AIRY ROAD
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8159597 | Philip Zoppi | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 29-MAR-2017 : 28-APR-2017 | 1 | N | 524.65 |
| 2 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-MAR-2017 : 28-APR-2017 | 1 | N | 61.25 |
| 3 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-MAR-2017 : 28-APR-2017 | 1 | N | 61.25 |
| 4 | Oracle Database Cloud Multitenant Service - S50 - Hosted Environment Product Bundle v1 29-MAR-2017 : 28-APR-2017 | 1 | N | 700.00 |
| 5 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-MAR-2017 : 28-APR-2017 | 1 | N | 87.15 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 1,521.45 | 0.00 | 1,521.45 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 05-Apr-2017 | | 1,521.45 |

# ORACLE

## INVOICE

Federal Tax ID: 94-2805249

| | |
|---|---|
| INVOICE NUMBER | 43763370 |
| INVOICE DATE | 29-Mar-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-May-2017 |
| CUSTOMER REF | |

| | | | | |
|---|---|---|---|---|
| 6 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-MAR-2017 : 28-APR-2017 | 1 | N | 87.15 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 1,521.45 | 0.00 | 1,521.45 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 05-Apr-2017 | | 1,521.45 |

# ORACLE

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43804967 |
|---|---|
| INVOICE DATE | 29-Apr-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Jun-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 43804967 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:    Oracle America, Inc.
                   P.O. Box 203448
                   Dallas TX 75320-3448

WIRE TRANSFERS TO:    WELLS FARGO BANK
                      ABA   121000248
                      ACCT  4522-020841

SHIP TO :
Avaya Inc.
211 MOUNT AIRY ROAD
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8159597 | Philip Zoppi | Avaya Inc. |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 29-APR-2017 : 28-MAY-2017 | 1 | N | 524.65 |
| 2 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-APR-2017 : 28-MAY-2017 | 1 | N | 61.25 |
| 3 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-APR-2017 : 28-MAY-2017 | 1 | N | 61.25 |
| 4 | Oracle Database Cloud Multitenant Service - S50 - Hosted Environment Product Bundle v1 29-APR-2017 : 28-MAY-2017 | 1 | N | 700.00 |
| 5 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-APR-2017 : 28-MAY-2017 | 1 | N | 87.15 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 1,521.45 | 0.00 | 1,521.45 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 19-May-2017 | | 1,521.45 |



# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43804967 |
|---|---|
| INVOICE DATE | 29-Apr-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Jun-2017 |
| CUSTOMER REF | |

| 6 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-APR-2017 ; 28-MAY-2017 | 1 | N | 87.15 |
|---|---|---|---|---|

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL.(USD) |
|---|---|---|---|
| | 1,521.45 | 0.00 | 1,521.45 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 19-May-2017 | | 1,521.45 |

# ORACLE

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43844949 |
|---|---|
| INVOICE DATE | 29-May-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Jul-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 43844949 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:    Oracle America, Inc.
P.O. Box 203448
Dallas TX 75320-3448

WIRE TRANSFERS TO:    WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

SHIP TO :
Avaya Inc.
211 MOUNT AIRY ROAD
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8159597 | Philip Zoppi | Avaya Inc. |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 29-MAY-2017 ; 28-JUN-2017 | 1 | N | 524.65 |
| 2 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-MAY-2017 ; 28-JUN-2017 | 1 | N | 61.25 |
| 3 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-MAY-2017 ; 28-JUN-2017 | 1 | N | 61.25 |
| 4 | Oracle Database Cloud Multitenant Service - S50 - Hosted Environment Product Bundle v1 29-MAY-2017 ; 28-JUN-2017 | 1 | N | 700.00 |
| 5 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-MAY-2017 ; 28-JUN-2017 | 1 | N | 87.15 |

SPECIAL INSTRUCTIONS:

| SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|
| 1,521.45 | 0.00 | 1,521.45 |
| Less Payments | | 0.00 |
| Credits/Adjustments | | 0.00 |
| Outstanding Balance as of 14-Aug-2017 | | 1,521.45 |



## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43844949 |
|---|---|
| INVOICE DATE | 29-May-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Jul-2017 |
| CUSTOMER REF | |

| 6 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-MAY-2017 : 28-JUN-2017 | 1 | N | 87.15 |
|---|---|---|---|---|

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 1,521.45 | 0.00 | 1,521.45 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 14-Aug-2017 | | 1,521.45 |



# INVOICE

Federal Tax ID: 94-2805249

| | |
|---|---|
| INVOICE NUMBER | 43867452 |
| INVOICE DATE | 29-Jun-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Aug-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| | | |
|---|---|---|
| REFERENCE | 43867452 | ON YOUR REMITTANCE |
| MAIL CHECKS TO: | Oracle America, Inc.<br>P.O. Box 203448<br>Dallas TX 75320-3448 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK<br>ABA  121000248<br>ACCT 4522-020841 | |

SHIP TO :
Avaya Inc.
211 MOUNT AIRY ROAD
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8159597 | Philip Zoppi | Avaya Inc. |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 29-JUN-2017 : 13-JUL-2017 | 1 | N | 270.79 |
| 2 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-JUN-2017 : 13-JUL-2017 | 1 | N | 31.61 |
| 3 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-JUN-2017 : 13-JUL-2017 | 1 | N | 31.61 |
| 4 | Oracle Database Cloud Multitenant Service - S50 - Hosted Environment Product Bundle v1 29-JUN-2017 : 13-JUL-2017 | 1 | N | 361.29 |
| 5 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-JUN-2017 : 13-JUL-2017 | 1 | N | 44.98 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 785.26 | 0.00 | 785.26 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 14-Aug-2017 | | 785.26 |



# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43867452 |
| --- | --- |
| INVOICE DATE | 29-Jun-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Aug-2017 |
| CUSTOMER REF | |

| 6 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-JUN-2017 ; 13-JUL-2017 | 1 | N | 44.98 |
| --- | --- | --- | --- | --- |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
| --- | --- | --- | --- |
| | 785.26 | 0.00 | 785.26 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 14-Aug-2017 | | 785.26 |

# ORACLE

Oracle America, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43955638 |
|---|---|
| INVOICE DATE | 29-Aug-2017 |
| YOUR P.O. NUMBER | 4548372850 |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Oct-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

### PAYMENT INSTRUCTIONS:

| REFERENCE | 43955638 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle America, Inc.<br>P.O. Box 203448<br>Dallas TX 75320-3448 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA 121000248<br>ACCT 4522-020841 |

SHIP TO :
Avaya Inc.
211 MOUNT AIRY ROAD
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8159597 | Philip Zoppi | Avaya Inc. |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Database Cloud Multitenant Service - S50 - Hosted Environment Product Bundle v1 29-AUG-2017 : 28-SEP-2017 | 1 | N | 1,015.00 |
| 2 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-AUG-2017 : 28-SEP-2017 | 1 | N | 126.37 |
| 3 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-AUG-2017 : 28-SEP-2017 | 1 | N | 126.37 |
| 4 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-AUG-2017 : 28-SEP-2017 | 1 | N | 126.37 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 3,182.02 | 0.00 | 3,182.02 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 09-Mar-2018 | | 3,182.02 |

# ORACLE

Oracle America, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 43955638 |
|---|---|
| INVOICE DATE | 29-Aug-2017 |
| YOUR P.O. NUMBER | 4548372850 |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Oct-2017 |
| CUSTOMER REF | |

| | | | | |
|---|---|---|---|---|
| 5 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 29-AUG-2017 : 28-SEP-2017 | 1 | N | 760.74 |
| 6 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-AUG-2017 : 28-SEP-2017 | 1 | N | 88.81 |
| 7 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-AUG-2017 : 28-SEP-2017 | 1 | N | 88.81 |
| 8 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-AUG-2017 : 28-SEP-2017 | 1 | N | 88.81 |
| 9 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 31-AUG-2017 : 29-SEP-2017 | 1 | N | 760.74 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 3,182.02 | 0.00 | 3,182.02 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 09-Mar-2018 | | 3,182.02 |



# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8057044 |
|---|---|
| INVOICE DATE | 15-Sep-2017 |
| YOUR P.O. NUMBER | 4548372852 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 15-Oct-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Accounts Payable
PO Box 800056

MARIETTA, GA 30068
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 8057044 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:    Oracle America, Inc.
P.O. Box 203448
Dallas TX 75320-3448

WIRE TRANSFERS TO:    WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

SHIP TO :
Avaya Inc.
Philip Zoppi,
211 Mount Airy Rd
Basking Ridge, NJ  07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Chabanny, Mr Konstantin | 10005525 | Accounts Payable | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Sep-2017 - 14-Oct-2017 Quantity: 1 | 1 | N | 1,979.25 |
| 2 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Sep-2017 - 14-Oct-2017 Quantity: 1 | 1 | N | 1,979.25 |
| 3 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Sep-2017 - 14-Oct-2017 Quantity: 1 | 1 | N | 1,979.25 |
| 4 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Sep-2017 - 14-Oct-2017 Quantity: 1 | 1 | N | 1,979.25 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 7,917.00 | 0.00 | 7,917.00 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 25-Sep-2017 | | 7,917.00 |

# ORACLE

Oracle America, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8060512 |
|---|---|
| INVOICE DATE | 17-Oct-2017 |
| YOUR P.O. NUMBER | 4548372852 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 16-Nov-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Accounts Payable
PO Box 800056

MARIETTA, GA 30068
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 8060512 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle America, Inc.<br>P.O. Box 203448<br>Dallas TX 75320-3448 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA  121000248<br>ACCT 4522-020841 |

SHIP TO :
Avaya Inc.
Philip Zoppi,
211 Mount Airy Rd
Basking Ridge, NJ  07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Chabanny, Mr Konstantin | 10005525 | Accounts Payable | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Oct-2017 - 14-Nov-2017 Quantity: 1 | 1 | N | 1,979.25 |
| 2 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Oct-2017 - 14-Nov-2017 Quantity: 1 | 1 | N | 1,979.25 |
| 3 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Oct-2017 - 14-Nov-2017 Quantity: 1 | 1 | N | 1,979.25 |
| 4 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Oct-2017 - 14-Nov-2017 Quantity: 1 | 1 | N | 1,979.25 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 7,917.00 | 0.00 | 7,917.00 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 09-Mar-2018 | | 7,917.00 |

**ORACLE**

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 44046624 |
|---|---|
| INVOICE DATE | 29-Oct-2017 |
| YOUR P.O. NUMBER | 4548372850 |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Dec-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 44046624 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | Oracle America, Inc.<br>P.O. Box  203448<br>Dallas TX 75320-3448 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK<br>ABA    121000248<br>ACCT 4522-020841 | |

SHIP TO :
Avaya Inc.
211 MOUNT AIRY ROAD
BASKING RIDGE, NJ  07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8159597 | Philip Zoppi | Avaya Inc. |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Database Cloud Multitenant Service - S50 - Hosted Environment<br>Product Bundle v1 29-OCT-2017 : 28-NOV-2017 | 1 | N | 1,015.00 |
| 2 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment<br>Product Bundle v1 29-OCT-2017 : 28-NOV-2017 | 1 | N | 126.37 |
| 3 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment<br>Product Bundle v1 29-OCT-2017 : 28-NOV-2017 | 1 | N | 126.37 |
| 4 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment<br>Product Bundle v1 29-OCT-2017 : 28-NOV-2017 | 1 | N | 126.37 |
| 5 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment<br>Product Bundle v1 29-OCT-2017 : 28-NOV-2017 | 1 | N | 760.74 |

SPECIAL INSTRUCTIONS:

| | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 3,182.02 | 0.00 | 3,182.02 |
| Less Payments | | | 0.00 |
| Credits/Adjustments | | | 0.00 |
| Outstanding Balance as of 21-Dec-2017 | | | 3,182.02 |

# ORACLE'

## INVOICE

Federal Tax ID: 94-2805249

| | |
|---|---|
| INVOICE NUMBER | 44046624 |
| INVOICE DATE | 29-Oct-2017 |
| YOUR P.O. NUMBER | 4548372850 |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Dec-2017 |
| CUSTOMER REF | |

| | | | | |
|---|---|---|---|---|
| 6 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-OCT-2017 : 28-NOV-2017 | 1 | N | 88.81 |
| 7 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-OCT-2017 : 28-NOV-2017 | 1 | N | 88.81 |
| 8 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-OCT-2017 : 28-NOV-2017 | 1 | N | 88.81 |
| 9 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 31-OCT-2017 : 29-NOV-2017 | 1 | N | 760.74 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 3,182.02 | 0.00 | 3,182.02 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 21-Dec-2017 | | 3,182.02 |

# ORACLE

Oracle America, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8065148 |
|---|---|
| INVOICE DATE | 15-Nov-2017 |
| YOUR P.O. NUMBER | 4548372852 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 15-Dec-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Accounts Payable
PO Box 800056

MARIETTA, GA 30068
United States

### PAYMENT INSTRUCTIONS:

| REFERENCE | 8065148 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle America, Inc.<br>P.O. Box 203448<br>Dallas TX 75320-3448 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA 121000248<br>ACCT 4522-020841 |

SHIP TO :
Avaya Inc.
Philip Zoppi,
211 Mount Airy Rd
Basking Ridge, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Chabanny, Mr Konstantin | 10005525 | Accounts Payable | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Nov-2017 - 14-Dec-2017 Quantity: 1 | 1 | N | 1,979.25 |
| 2 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Nov-2017 - 14-Dec-2017 Quantity: 1 | 1 | N | 1,979.25 |
| 3 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Nov-2017 - 14-Dec-2017 Quantity: 1 | 1 | N | 1,979.25 |
| 4 | Oracle Integration Cloud Service - Enterprise Edition - Hosted Environment : 15-Nov-2017 - 14-Dec-2017 Quantity: 1 | 1 | N | 1,979.25 |

SPECIAL INSTRUCTIONS:

| SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|
| 7,917.00 | 0.00 | 7,917.00 |
| Less Payments | | 0.00 |
| Credits/Adjustments | | 0.00 |
| Outstanding Balance as of 08-Feb-2018 | | 7,917.00 |

Page 1 of 2

# ORACLE

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 44069713 |
|---|---|
| INVOICE DATE | 29-Nov-2017 |
| YOUR P.O. NUMBER | 4548372850 |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Jan-2018 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 44069713 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle America, Inc.
P.O. Box 203448
Dallas TX 75320-3448 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK
ABA   121000248
ACCT 4522-020841 |

SHIP TO :
Avaya Inc.
211 MOUNT AIRY ROAD
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 8159597 | Philip Zoppi | Avaya Inc. |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Database Cloud Multitenant Service - S50 - Hosted Environment Product Bundle v1 29-NOV-2017 : 28-DEC-2017 | 1 | N | 1,015.00 |
| 2 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-NOV-2017 : 28-DEC-2017 | 1 | N | 126.37 |
| 3 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-NOV-2017 : 28-DEC-2017 | 1 | N | 126.37 |
| 4 | Oracle Java Cloud Service - SaaS Extension - S1 - Hosted Environment Product Bundle v1 29-NOV-2017 : 28-DEC-2017 | 1 | N | 126.37 |
| 5 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 29-NOV-2017 : 28-DEC-2017 | 1 | N | 760.74 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 3,182.02 | 0.00 | 3,182.02 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 20-Dec-2017 | | 3,182.02 |

# ORACLE

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 44069713 |
|---|---|
| INVOICE DATE | 29-Nov-2017 |
| YOUR P.O. NUMBER | 4548372850 |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Jan-2018 |
| CUSTOMER REF | |

| | | | | |
|---|---|---|---|---|
| 6 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-NOV-2017 : 28-DEC-2017 | 1 | N | 88.81 |
| 7 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-NOV-2017 : 28-DEC-2017 | 1 | N | 88.81 |
| 8 | Oracle Database Cloud Multitenant Service - S5 - Hosted Environment Product Bundle v1 29-NOV-2017 : 28-DEC-2017 | 1 | N | 88.81 |
| 9 | Oracle Java Cloud Service - SaaS Extension - S4 - Hosted Environment Product Bundle v1 30-NOV-2017 : 30-DEC-2017 | 1 | N | 760.74 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 3,182.02 | 0.00 | 3,182.02 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 20-Dec-2017 | | 3,182.02 |