EXHIBIT C

## Assumed Contracts - Oracle Administrative Expense Calculation

### Cure Claim

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Outstanding Amount |
|---|---|---|---|---|
| 3479853 | 5-May-17 | 5-May-17 | $7,751.90 | $7,751.90 |
| 8044663 | 30-May-17 | 14-Jul-17 | $4,884.25 | $4,884.25 |
| 3489606 | 6-Jun-17 | 6-Jun-17 | $26,823.45 | $26,823.45 |
| 3490959 | 9-Jun-17 | 9-Jul-17 | $1,071.00 | $1,071.00 |
| 3531285 | 12-Oct-17 | 11-Nov-17 | $881.00 | $881.00 |
| 103000308 | 30-Aug-17 | 29-Sep-17 | $20,275.65 | $2,088.39 |

Total: $43,499.99

Settlement on Eloqua Invoices: $1,036.30

Outstanding Cure Amount: **$44,536.29**

### Contract 10011233*

| Invoice Number | Invoice Date | Due Date | Support Renewal Period | Invoice Amount | Outstanding Amount | Pre-Petition amount | Administrative claim amount |
|---|---|---|---|---|---|---|---|
| 8032603 | 29-Dec-16 | 12-Feb-17 | 12/28/16-1/27/17 | $4,884.25 | $4,884.25 | $3,581.78 | $1,302.47 |
| 8040776 | 29-Apr-17 | 13-Jun-17 | 4/28/17-5/27/17 | $4,884.25 | $4,884.25 | $0.00 | $4,884.25 |
| 8044663 | 30-May-17 | 14-Jul-17 | 5/28/17-6/27/17 | $4,884.25 | $4,884.25 | $0.00 | $4,884.25 |
| 8047853 | 29-Jun-17 | 12-Aug-17 | 6/28/17-7/27/17 | $4,884.25 | $4,884.25 | $0.00 | $4,884.25 |
| 8050596 | 28-Jul-17 | 11-Sep-17 | 7/28/17-7/29/17 | $315.17 | $315.17 | $0.00 | $315.17 |
| | | | Totals: | $19,852.17 | | $3,581.78 | $16,270.39 |

* The Debtors contend that this agreement was rejected effective as of May 1, 2017, which Oracle disputes. Oracle reserves all rights to assert all amounts owed pursuant to Contract 10011233 as a cure obligation of the Debtors, but for purposes of this Administrative Request, Oracle seeks to recover only post-Petition Date, pre-Plan Effective Date amounts.

# ORACLE

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8032603 |
|---|---|
| INVOICE DATE | 29-Dec-2016 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 12-Feb-2017 |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 8032603 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | Oracle America, Inc. P.O. Box 203448 Dallas TX 75320-3448 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK ABA    121000248 ACCT  4522-020841 | |

SHIP TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ  07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Goscinski, Jan Alexander | 10011233 | Philip Zoppi | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Database Backup Service - Non-metered - TB of Storage Capacity : 28-Dec-2016 - 27-Jan-2017 | 1 | N | 115.50 |
| 2 | Oracle Database Cloud Service - Enterprise Edition - General Purpose - Non-metered - Hosted Environment : 28-Dec-2016 - 27-Jan-2017 | 1 | N | 1,050.00 |
| 3 | Oracle Compute Cloud Service - Block Storage - Non-metered - TB of Storage Capacity : 28-Dec-2016 - 27-Jan-2017 | 1 | N | 105.00 |
| 4 | Oracle Storage Cloud Service - Non-metered - TB of Storage Capacity : 28-Dec-2016 - 27-Jan-2017 | 1 | N | 105.00 |
| 5 | Oracle Database Cloud Service - Standard Edition - General Purpose - Non-metered- Hosted Environment : 28-Dec-2016 - 27-Jan-2017 | 1 | N | 105.00 |

SPECIAL INSTRUCTIONS:

| | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 4,884.25 | 0.00 | 4,884.25 |
| Less Payments | | | 0.00 |
| Credits/Adjustments | | | 0.00 |
| Outstanding Balance as of 24-Jan-2017 | | | 4,884.25 |

# ORACLE'

## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8032603 |
|---|---|
| INVOICE DATE | 29-Dec-2016 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 12-Feb-2017 |

| | | | | |
|---|---|---|---|---|
| 6 | Oracle Java Cloud Service - Suite - General Purpose - Non-metered - Hosted Environment : 28-Dec-2016 - 27-Jan-2017 | 1 | N | 490.00 |
| 7 | Oracle SOA Suite Cloud Service - Non-metered - Hosted Environment : 28-Dec-2016 - 27-Jan-2017 | 1 | N | 2,887.50 |
| 8 | Oracle Compute Cloud Service - Compute Capacity - Non-metered - OCPU : 28-Dec-2016 - 27-Jan-2017 | 1 | N | 26.25 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 4,884.25 | 0.00 | 4,884.25 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 24-Jan-2017 | | 4,884.25 |

# ORACLE

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8040776 |
|---|---|
| INVOICE DATE | 29-Apr-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Jun-2017 |
| CUSTOMER REF | |

**BILL TO :**
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 8040776 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:     Oracle America, Inc.
P.O. Box  203448
Dallas TX 75320-3448

WIRE TRANSFERS TO:     WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

**SHIP TO :**
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ  07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Goscinski, Jan Alexander | 10011233 | Philip Zoppi | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Compute Cloud Service - Compute Capacity - Non-metered - OCPU : 28-Apr-2017 - 27-May-2017 Quantity: 1 | 1 | N | 26.25 |
| 2 | Oracle Compute Cloud Service - Block Storage - Non-metered - TB of Storage Capacity : 28-Apr-2017 - 27-May-2017 Quantity: 6 | 1 | N | 105.00 |
| 3 | Oracle Java Cloud Service - Suite - General Purpose - Non-metered - Hosted Environment : 28-Apr-2017 - 27-May-2017 Quantity: 1 | 1 | N | 490.00 |
| 4 | Oracle Database Backup Service - Non-metered - TB of Storage Capacity : 28-Apr-2017 - 27-May-2017 Quantity: 10 | 1 | N | 115.50 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 4,884.25 | 0.00 | 4,884.25 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 19-May-2017 | | 4,884.25 |



# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8040776 |
| --- | --- |
| INVOICE DATE | 29-Apr-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 13-Jun-2017 |
| CUSTOMER REF | |

| | | | | |
| --- | --- | --- | --- | --- |
| 5 | Oracle Database Cloud Service - Standard Edition - General Purpose - Non-metered- Hosted Environment : 28-Apr-2017 - 27-May-2017 Quantity: 1 | 1 | N | 105.00 |
| 6 | Oracle SOA Suite Cloud Service - Non-metered - Hosted Environment : 28-Apr-2017 - 27-May-2017 Quantity: 3 | 1 | N | 2,887.50 |
| 7 | Oracle Storage Cloud Service - Non-metered - TB of Storage Capacity : 28-Apr-2017 - 27-May-2017 Quantity: 10 | 1 | N | 105.00 |
| 8 | Oracle Database Cloud Service - Enterprise Edition - General Purpose - Non-metered - Hosted Environment : 28-Apr-2017 - 27-May-2017 Quantity: 2 | 1 | N | 1,050.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
| --- | --- | --- | --- |
| | 4,884.25 | 0.00 | 4,884.25 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 19-May-2017 | | 4,884.25 |


# ORACLE

# INVOICE

Federal Tax ID: 94-2805249

| | |
|---|---|
| INVOICE NUMBER | 8044663 |
| INVOICE DATE | 30-May-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 14-Jul-2017 |
| CUSTOMER REF | |

**BILL TO :**
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 8044663 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:    Oracle America, Inc.
P.O. Box 203448
Dallas TX 75320-3448

WIRE TRANSFERS TO:    WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

**SHIP TO :**
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Goscinski, Jan Alexander | 10011233 | Philip Zoppi | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Database Backup Service - Non-metered - TB of Storage Capacity : 28-May-2017 - 27-Jun-2017 Quantity: 10 | 1 | N | 115.50 |
| 2 | Oracle Compute Cloud Service - Compute Capacity - Non-metered - OCPU : 28-May-2017 - 27-Jun-2017 Quantity: 1 | 1 | N | 26.25 |
| 3 | Oracle Java Cloud Service - Suite - General Purpose - Non-metered - Hosted Environment : 28-May-2017 - 27-Jun-2017 Quantity: 1 | 1 | N | 490.00 |
| 4 | Oracle Database Cloud Service - Enterprise Edition - General Purpose - Non-metered - Hosted Environment : 28-May-2017 - 27-Jun-2017 Quantity: 2 | 1 | N | 1,050.00 |
| 5 | Oracle Compute Cloud Service - Block Storage - Non-metered - TB of Storage Capacity : 28-May-2017 - 27-Jun-2017 Quantity: 6 | 1 | N | 105.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 4,884.25 | 0.00 | 4,884.25 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 18-Aug-2017 | | 4,884.25 |

Page 2 of 2

**ORACLE**

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8044663 |
|---|---|
| INVOICE DATE | 30-May-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 14-Jul-2017 |
| CUSTOMER REF | |

| | | | | |
|---|---|---|---|---|
| 6 | Oracle SOA Suite Cloud Service - Non-metered - Hosted Environment : 28-May-2017 - 27-Jun-2017 Quantity: 3 | 1 | N | 2,887.50 |
| 7 | Oracle Storage Cloud Service - Non-metered - TB of Storage Capacity : 28-May-2017 - 27-Jun-2017 Quantity: 10 | 1 | N | 105.00 |
| 8 | Oracle Database Cloud Service - Standard Edition - General Purpose - Non-metered- Hosted Environment : 28-May-2017 - 27-Jun-2017 Quantity: 1 | 1 | N | 105.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 4,884.25 | 0.00 | 4,884.25 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 18-Aug-2017 | | 4,884.25 |

**ORACLE**

Page 1 of 2

# INVOICE

Federal Tax ID. 94-2805249

| | |
|---|---|
| INVOICE NUMBER | 8047883 |
| INVOICE DATE | 28-Jun-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 12-Aug-2017 |
| CUSTOMER REF | |

BILL TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| | | |
|---|---|---|
| REFERENCE | 8047883 | ON YOUR REMITTANCE |
| MAIL CHECKS TO: | Oracle America, Inc. | |
| | P.O. Box 203448 | |
| | Dallas TX 75320-3448 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK | |
| | ABA  121000248 | |
| | ACCT  4522-020841 | |

SHIP TO :
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ  07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Goscinski, Jan Alexander | 10011233 | Philip Zoppi | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Database Backup Service - Non-metered - TB of Storage Capacity : 28-Jun-2017 - 27-Jul-2017 Quantity: 10 | 1 | N | 115.50 |
| 2 | Oracle SOA Suite Cloud Service - Non-metered - Hosted Environment : 28-Jun-2017 - 27-Jul-2017 Quantity: 3 | 1 | N | 2,887.50 |
| 3 | Oracle Compute Cloud Service - Block Storage - Non-metered - TB of Storage Capacity : 28-Jun-2017 - 27-Jul-2017 Quantity: 6 | 1 | N | 105.00 |
| 4 | Oracle Compute Cloud Service - Compute Capacity - Non-metered - OCPU : 28-Jun-2017 - 27-Jul-2017 Quantity: 1 | 1 | N | 26.25 |

SPECIAL INSTRUCTIONS:

| | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 4,884.25 | 0.00 | 4,884.25 |
| Less Payments | | | 0.00 |
| Credits/Adjustments | | | 0.00 |
| Outstanding Balance as of 14-Aug-2017 | | | 4,884.25 |



# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8047883 |
|---|---|
| INVOICE DATE | 28-Jun-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 12-Aug-2017 |
| CUSTOMER REF | |

| 5 | Oracle Database Cloud Service - Standard Edition - General Purpose - Non-metered- Hosted Environment : 28-Jun-2017 - 27-Jul-2017 Quantity: 1 | 1 | N | 105.00 |
|---|---|---|---|---|
| 6 | Oracle Database Cloud Service - Enterprise Edition - General Purpose - Non-metered - Hosted Environment : 28-Jun-2017 - 27-Jul-2017 Quantity: 2 | 1 | N | 1,050.00 |
| 7 | Oracle Java Cloud Service - Suite - General Purpose - Non-metered - Hosted Environment : 28-Jun-2017 - 27-Jul-2017 Quantity: 1 | 1 | N | 490.00 |
| 8 | Oracle Storage Cloud Service - Non-metered - TB of Storage Capacity : 28-Jun-2017 - 27-Jul-2017 Quantity: 10 | 1 | N | 105.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 4,884.25 | 0.00 | 4,884.25 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 14-Aug-2017 | | 4,884.25 |



# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8050596 |
|---|---|
| INVOICE DATE | 28-Jul-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 11-Sep-2017 |
| CUSTOMER REF | |

**BILL TO :**
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 8050596 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | Oracle America, Inc.<br>P.O. Box 203448<br>Dallas TX 75320-3448 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK<br>ABA   121000248<br>ACCT  4522-020841 | |

**SHIP TO :**
Avaya Inc.
Philip Zoppi
211 Mt. Airy Rd.
BASKING RIDGE, NJ 07920
United States

FOR BILLING QUESTIONS, CALL: (888) 803-7414 OR EMAIL: COLLECTIONS_US@ORACLE.COM

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Goscinski, Jan Alexander | 10011233 | Philip Zoppi | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Storage Cloud Service - Non-metered - TB of Storage Capacity : 28-Jul-2017 - 29-Jul-2017 Quantity: 10 | 1 | N | 6.78 |
| 2 | Oracle Database Cloud Service - Enterprise Edition - General Purpose - Non-metered - Hosted Environment : 28-Jul-2017 - 29-Jul-2017 Quantity: 2 | 1 | N | 67.75 |
| 3 | Oracle Database Cloud Service - Standard Edition - General Purpose - Non-metered- Hosted Environment : 28-Jul-2017 - 29-Jul-2017 Quantity: 1 | 1 | N | 6.78 |
| 4 | Oracle Compute Cloud Service - Compute Capacity - Non-metered - OCPU : 28-Jul-2017 - 29-Jul-2017 Quantity: 1 | 1 | N | 1.70 |

**SPECIAL INSTRUCTIONS:**

| | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 315.17 | 0.00 | 315.17 |
| Less Payments | | | 0.00 |
| Credits/Adjustments | | | 0.00 |
| Outstanding Balance as of 14-Aug-2017 | | | 315.17 |



## INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 8050596 |
|---|---|
| INVOICE DATE | 28-Jul-2017 |
| YOUR P.O. NUMBER | N/A |
| PAYMENT TERMS | 45 NET |
| DUE DATE | 11-Sep-2017 |
| CUSTOMER REF | |

| | | | | |
|---|---|---|---|---|
| 5 | Oracle Compute Cloud Service - Block Storage - Non-metered - TB of Storage Capacity : 28-Jul-2017 - 29-Jul-2017 Quantity: 6 | 1 | N | 6.78 |
| 6 | Oracle SOA Suite Cloud Service - Non-metered - Hosted Environment : 28-Jul-2017 - 29-Jul-2017 Quantity: 3 | 1 | N | 186.30 |
| 7 | Oracle Database Backup Service - Non-metered - TB of Storage Capacity : 28-Jul-2017 - 29-Jul-2017 Quantity: 10 | 1 | N | 7.46 |
| 8 | Oracle Java Cloud Service - Suite - General Purpose - Non-metered - Hosted Environment : 28-Jul-2017 - 29-Jul-2017 Quantity: 1 | 1 | N | 31.62 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 315.17 | 0.00 | 315.17 |
| | Less Payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 14-Aug-2017 | | 315.17 |