**445 Hutchinson LP**
c/o Group RMC Management, Inc.
One World Trade Center, Suite 83G
New York, NY 10007

<u>NOTICE OF CHANGE OF ADDRESS</u>

July 24, 2018

United States Bankruptcy Court
One Bowling Green
New York, NY 10004
Attn: Clerk of Court

RE: Avaya Inc., Case No. 17-10089 – Claim #: 3227

To Whom It May Concern:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

445 Hutchinson LP
c/o Cherokee Debt Acquisition, LLC
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic
(212) 259-4305
(212) 259-4345 (fax)

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Avaya Inc. Claims Processing Center, c/o Prime Clerk LLC.

Very truly yours,

445 Hutchinson LP

By:
Name: _Vhmunonasse_
Title: _Authorized Signatory_
Date: _July 14, 2017_

Cc: Avaya Inc. Claim Processing Center
c/o Prime Clerk LLC
830 3rd Avenue, 3rd Floor
New York, NY 10022

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
Attn: James H.M. Sprayregen, P.C.